# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RJ TIDE CONSTRUCTION COMPANY INC., <br><br> Plaintiff, <br><br> v. <br><br> HAUSMANN CONSTRUCTION, INC., <br><br> Defendant. | Case No. _____ <br><br> **COMPLAINT** |

COMES NOW Plaintiff, RJ Tide Construction Company, Inc., and for its Complaint against Defendant, Hausmann Construction, Inc., states the following:

## I.   THE PARTIES

1. Plaintiff, RJ Tide Construction Company, Inc. ("RJ Tide"), is an Iowa corporation with its principal place of business in Lawton, Iowa.

2. Defendant, Hausmann Construction, Inc. ("Defendant"), is a Nebraska corporation with its principal place of business in Lincoln, Nebraska.

## II.   JURISDICTION AND VENUE

3. This Court is vested with personal jurisdiction over Defendant.

4. This Court has subject matter jurisdiction over this controversy pursuant to 28 U.S.C. § 1332 because this lawsuit involves citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

5. Venue is proper in the District of Nebraska pursuant to 28 U.S.C. § 1391, as Defendant resides in said Judicial District and because a substantial part of the events or omissions giving rise to this lawsuit occurred in said Judicial District.

## III.   BACKGROUND

6. On or about November 20, 2023, RJ Tide and Defendant entered into a written construction contract (hereinafter the "Subcontract") through which RJ Tide, as a subcontractor to Defendant, was to provide certain construction-related materials and services relative to the Wayne Community Schools Early Childhood Center and High School in Wayne, Nebraska.

7. RJ Tide's scope of work involved cast-in-place concrete.

## IV. CAUSE OF ACTION FOR BREACH OF WRITTEN CONTRACT

8. RJ Tide hereby realleges and incorporates by reference, as though fully set forth herein, all of the foregoing Paragraphs.

9. RJ Tide performed all of its obligations under the Subcontract.

10. The Subcontract is valid and enforceable, and was supported by sufficient and adequate consideration.

11. Defendant breached the Subcontract vis-à-vis its failure to pay amounts owing thereunder.

12. RJ Tide has been damaged by Defendant's actions and inactions, which constitute a material breach of the Subcontract.

13. RJ Tide is owed no less than $98,887.85 per its original work pursuant to the Subcontract and is owed no less than an additional $209,971.00 for additional work requested and provided, for total damages of no less than $308,858.85.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays for the following relief:

(a) Monetary damages in an amount proven at trial, but no less than $308,858.85;

(b) Costs of suit incurred herein;

(c)     Pre-judgment and post-judgment interest; and

(d)     Any other relief this Court deems just and equitable.

Respectfully submitted,

Dated: October 10, 2025           **GEHLING OSBORN LAW FIRM, PLC**

By:   /s/ Anthony L. Osborn
Anthony L. Osborn, 4295
600 4th Street, Suite 900
Sioux City, IA 51101
712-226-4602
712-226-4603 (fax)
anthony@golawfirm.com
ATTORNEY FOR PLAINTIFF