DocuSign Envelope ID: C6AC96DF-83B8-4F4D-A41C-E1897EFB415D

EXHIBIT

A

# SUBCONTRACT AGREEMENT

Re:  **WCS - Early Childhood Center & HS**
**611 W 7th Street**
**Wayne, NE  68787**

**Project # 22-022**

THIS AGREEMENT (the "Subcontract Agreement") is entered into **October 2, 2023,** between

**RJ Tide Construction Company, Inc.** (the "Subcontractor"),
**1821 Highway 20**
**Lawton, IA 51030**

and

**Hausmann Construction, Inc.** (the "Contractor"),
**8885 Executive Woods Drive**
**Lincoln, NE 68512**

The Contractor has entered into a contract for construction dated **August 30, 2022,** with **Wayne County School District 90-0017, a/k/a Wayne Community Schools** (the "Owner") for the following project: **WCS - Early Childhood Center & HS** (the "Project").

The current documents for the Project are enumerated as follows (the "Prime Contract" and "Contract Documents"):

1.  **AIA Document A133-2019 – Standard Form of Agreement Between Owner and Construction Manager as Constructor including all Exhibits, Attachments, Appendixes, Amendments, and Addendums**
2.  **AIA Document A201-2007 – General Conditions of the Contract for Construction**
3.  ~~**Bid Package #1 – Drawings and Specifications dated April 20, 2023, provided by Carlson West Povondra Architects, Inc.**~~
4.  ~~**Addendum #1 dated May 2, 2023, provided by Carlson West Povondra Architects, Inc.**~~
5.  ~~**Bid Package #2 – CWP Design Development Documents dated 06/23/2023.**~~
6.  ~~**Bid Package #2 – CWP Design Development Specifications dated 06/23/2023.**~~
7.**3.**     **Bid Package #2 - Geotechnical Exploration Report #P200-56-30 – Prepared by Mid-State Engineering & Testing – Dated 06/20/2023.**
8.**4.**     **Bid Package #3 Construction Drawing Documents dated 07/26/2023.**
9.**5.**     **Bid Package #3 Construction Specifications dated 07/26/2023.**
10.**6.**     **Addendum #1 dated 08/16/2023, provided by CWP Architects, Inc.**
11.**7.**     **Addendum #2 dated 08/22/2023, provided by CWP Architects, Inc.**
12.**8.**     **Addendum #3 dated 08/23/2023, provided by CWP Architects, Inc.**

The Prime Contract and Contract Documents, as may be amended or supplemented by the parties hereafter, collectively constitute the agreement between the Owner and Contractor, which provides for the furnishing of labor, materials, equipment and services in connection with the construction of the Project.

The Subcontractor acknowledges that a copy of the Prime Contract and Contract Documents have been made available to the Subcontractor and the Subcontractor is familiar with the terms, conditions and specifications contained therein (the "Contract Specifications") to the extent it deems necessary to understand all of the requirements applicable to the Scope of Work.

The words "Architect or Engineer" as used herein refer to the person or persons appointed by the Owner to supervise the work of the Contractor on behalf of the Owner.  The Architect/Engineer for the Project is **Carlson West Povondra Architects, Inc.**

<u>Article 1</u>

A.     <u>Work</u>.  The Subcontractor shall execute, provide and pay for all labor, materials, equipment, services and other items required to complete the portion of the Project generally known as the Scope of Work as more particularly described and set forth in Exhibit A (the "Scope of Work"), except to the extent specifically indicated in the Contract Documents to be the responsibility of others or otherwise agreed to in writing by the Contractor and the Subcontractor.

The Subcontractor's Scope of Work shall be performed and executed in a workmanlike manner, in accordance with and in adherence to the documents defined in Section B, Enumeration of the Subcontract Documents.  Throughout this Subcontract Agreement, the work to be performed by the Subcontractor may be referred to as the Subcontractor's Scope of Work or Scope of Work.

B.     <u>Enumeration of the Subcontract Documents</u>.  The Subcontract Documents consist of the following:

1.  **The Prime Contract and Contract Documents and all of their component parts including all reference standards and all documents described therein.**

2.  **This Subcontract Agreement.**

3.      All attachments and exhibits to this Subcontract Agreement, including:

        Exhibit A: Scope of Work
        Exhibit B: OSHA Competent Person and Subcontractor Representative Form
        Exhibit C: Insurance Requirements
        Exhibit D: Subcontractor and Supplier Partial Waiver and Affidavit
        Exhibit E: Omitted
        Exhibit F: Miscellaneous Provisions from the Prime Contract

(the "Subcontract Documents").

## Article 2

A.      _Subcontract Sum_.  The Contractor agrees to pay the Subcontractor for the performance of its Scope of Work in accordance with the Subcontract Documents, as specified herein, the sum of **One Million One Hundred Seventy-Two Thousand Five Hundred Dollars and No/100 ($1,172,500.00)** subject to additions and deductions for changes agreed upon in writing (the "Subcontract Sum").  It is understood that the Subcontract Sum set forth in this subsection (a) is the total amount to be paid by the Contractor to the subcontractor unless otherwise agreed to in writing, regardless of whether such differences are the fault of the Contractor, Subcontractor or a third party, including but not limited to, increases in labor or materials, delays, damage to property prior to completion, miscalculations, mistakes, or overtime costs incurred by the Subcontractor to meet its schedule commitments to the Contractor.

B.      _Payment and Retention_.  The Contractor shall pay the Subcontractor the Subcontract Sum in monthly partial payments provided that the Subcontractor has given satisfactory and reasonable assurances of continued performance and financial responsibility to complete the Scope of Work and has fulfilled all conditions precedent to payment contained in the Subcontract Documents.

Subject to sections C through G of this Article 2, partial payments of the Subcontract Sum shall be made to the Subcontractor each month in an amount equal to the lesser of:

1.      Ninety Percent (90%) of the value of the Scope of Work actually performed, or

2.      Ninety Percent (90%) of the value of the Scope of Work actually approved for payment by the Architect/Engineer, and

3.      Minus the aggregate of previous payments.

Payments of the full amount received by the Contractor from the Owner for Subcontractor's Scope of Work and materials shall be made to Subcontractor within seven (7) days after the Contractor receives payment for such Scope of Work from the Owner, provided that Subcontractor has submitted a proper application for payment to the Contractor for amounts properly requested under the Subcontract Documents.

The Subcontractor shall include a provision in each of its subcontract agreements imposing the same payment obligations on its sub-subcontractors as are applicable to the Subcontractor hereunder, and if the Contractor so requests, shall provide copies of such Subcontractor payments to the Contractor.

The Contractor's receipt of payment from the Owner is a condition precedent to the Contractor's obligation to make payment to the Subcontractor.  The Subcontractor expressly assumes the risk of the Owner's non-payment and the Subcontract Sum includes this risk.

**Invoice Billing is due to the Contractor by the 20th of each month.**

C.      _Documents and Records of Subcontractor for Payment_.  As a further condition of making partial or final payment, the Contractor may require the Subcontractor to prove that the Scope of Work is and will continue to be free and clear from all lawful claims or liens.  The Subcontractor agrees to submit a completed application for payment on an approved form for all payments requested.  The Subcontractor also agrees to submit such other information as may be required or necessary to substantiate a request for payment, including, but not limited to:

1.      Notarized "unconditional" lien waivers, release of claims, and affidavit for the Application for Payment (in the form and substance required by the Owner and/or the Contractor in its reasonable discretion) from subcontractors (including materialmen and suppliers) with contracts with a value of $20,000 or more for all work for which Subcontractor has received payment under prior application for payment;



2.      ~~Certified Payrolls,~~ Safety ~~and EEO compliance reports,~~ and other reports required by the Subcontract Documents, Prime Contract, or Contract Documents as well as daily manpower, equipment and production reports as required; and

3.      Within three (3) business days of a written request by the Contractor, such evidence as the Contractor may require relating to the Subcontractor's compliance with or ability to fully perform this Subcontract Agreement in the manner and within the time specified herein.

A document in the form akin to the attached Exhibit D, the "Subcontractor and Supplier Partial Waiver and Affidavit" form will be sent with each payment made by Contractor to Subcontractor.  This form is to be completed in full, signed, notarized and returned within ten (10) days of receipt.

D.    Retention Amendments before Substantial Completion.  Subject to the Contractor's rights to withhold payment pursuant to the Subcontract Documents, once the Subcontractor's Scope of Work is:

      1.    Fifty percent (50%) complete according to the Architect/Engineer;

      2.    The Subcontractor has performed its Scope of Work in accordance with the Subcontract Documents, Prime Contract and Contract Documents, and

      3.    The Subcontractor provides or has provided satisfactory and reasonable assurances of continued performance and financial responsibility to complete the Subcontract Work, no more than five percent (5%) of any additional progress payment shall be withheld as retainage.

E.    Retention after Substantial Completion.  Subject to the Contractor's rights to withhold payment pursuant to the Subcontract Documents, when:

      1.    The Subcontractor has performed its Scope of Work in accordance with the provisions of the Subcontract Documents, Prime Contract and Contract Documents,

      2.    All conditions precedent to payment contained in the Subcontract Documents, Prime Contract, and Contract Documents have been met by Subcontractor, and

      3.    The Subcontractor's Scope of Work is substantially complete according to the Architect/Engineer such that the Project, or a designated portion thereof, is sufficiently complete in accordance with the Prime Contract so the Owner can occupy or utilize the Project for its intended use ("Substantial Completion") the Contractor shall pay to Subcontractor the full amount of retainage received from the Owner for the Subcontractor's Scope of Work within seven (7) days of Contractor's receipt of payment for such retainage from the Owner.

After the Subcontractor has achieved Substantial Completion of the Scope of Work and the Contractor has paid Subcontractor its retainage, the Contractor may continue to withhold an amount not to exceed one hundred twenty-five percent (125%) of the estimated cost to complete the Scope of Work remaining unperformed under the Subcontract Documents.

F.    Retention upon Completion of Punch List.  Subject to the Contractor's rights to withhold payment pursuant to the Subcontract Documents, upon the Subcontractor's completion of all punch list work and fulfillment of all other conditions precedent to payment under the Subcontract Documents, Prime Contract, and Contract Documents, the Contractor shall pay to the Subcontractor the full amount received for the Subcontractor's Scope of Work and materials for which Subcontractor has properly requested payment within seven (7) days of the Contractor's receipt of final payment from the Owner.

G.    Payment on a Unit Price Basis.  If the terms of the Subcontract Agreement or Subcontract Documents provide for the payment for work performed to be on a unit price basis, the Subcontractor agrees to be bound by the measurement of the quantity of Scope of Work used as a basis for payment to the Contractor, or in the absence thereof, by the Contractor's measurement of the quantity of the Scope of Work.  The provisions of the Prime Contract and Contract Documents, except as they may be inconsistent herewith, will control with respect to measurement of quantities and payment including payment for changes.

H.    Payment Not Acceptance or Approval.  No partial payment to the Subcontractor shall operate as approval or acceptance of the Subcontractor's work.  Unless otherwise provided by the Subcontract Documents, the fact that payment has been made with respect to all or any portion of the Subcontractor's Scope of Work shall not constitute an acceptance of such work if it is defective or otherwise not in conformity with the Subcontract Documents, Prime Contract or the Contract Documents, and shall not constitute a waiver of any of the Contractor's or the Owner's rights or remedies against the Subcontractor. Acceptance of partial or final payment by Subcontractor constitutes a waiver of all claims for the work covered by the payment not previously asserted.

I.    Withholding or Deductions from Payments to the Subcontractor.  The Subcontractor shall have no claim against the Contractor as a result of funds delayed or withheld by the Owner in accordance with the Contract Specifications. The Contractor may deduct from any amounts due to the Subcontractor any sum or sums owed by the Subcontractor to the Contractor. If the Contractor is entitled to deduct damages, or any other amounts provided in the Subcontract Documents, Prime Contract, or Contract Documents, then the Contractor shall be entitled to deduct such amounts at any time from any payment to the Subcontractor.  The Contractor may make deductions or withholdings from payments to the Subcontractor under the following circumstances, including, without limitation:

      1.    The Contractor may withhold from payments to the Subcontractor a reasonable amount for the following reasons:

          a.    Reasonable evidence showing that the contractual completion date will not be met due to unsatisfactory job progress;

          b.    Third-party claims filed or reasonable evidence that such a claim will be filed with respect to work under the Subcontract; or

          c.    Failure of the Subcontractor to make timely payments for labor, equipment, subcontractors, or materials.

2.  If the Subcontractor has failed to make payment promptly to the Subcontractor's sub-subcontractors or for materials or labor used in the Scope of Work for which the Contractor has made payment to the Subcontractor, then the Contractor shall be entitled to withhold payment to the Subcontractor, in part or in whole, to the extent necessary to protect the Contractor. The Contractor has the right to request written evidence from the Subcontractor that the Subcontractor has properly paid sub-subcontractors and material and equipment supplier's amounts paid by the Contractor for subcontracted Work. If the Subcontractor fails to furnish such evidence within ten (10) calendar days, the Contractor shall have the right to contact sub-subcontractors and material and equipment suppliers to ascertain whether they have been properly paid. Neither the Contractor, Owner, or Architect have an obligation to pay or to see the payment of money to a sub-subcontractor or material or equipment supplier. Action on the part of the Contractor to require Subcontractor to pay sub-subcontractor or material or equipment supplier shall not impose any liability on the Contractor.

3.  In the event of a dispute with regard to any item included in an Application for Payment, the Contractor shall make payment for items not in dispute and shall have the right to withhold from payment the amount of such disputed item while the parties attempt to resolve the dispute in accordance with the dispute resolution procedures set forth in the Subcontract Documents, Prime Contract and Contract Documents. The Subcontractor shall continue to perform the Scope of Work in accordance with the construction schedule and shall not stop, delay, slow down or hinder progress of the Project so long as the Contractor continues to pay undisputed amounts in accordance with the Subcontract Documents.

4.  The Subcontractor is required to submit reports and submittals, in accordance with the Contract Specifications. Failure to furnish required information may be cause for withholding partial payment until all requirements are met.

J.    Subcontractor Retainage on Sub-subcontractors.    The Subcontractor shall not withhold as a retainage a greater percentage from sub-subcontractors or materialmen than the percentage that the Contractor withheld as retainage from payments to the Subcontractor.

K.    Sales Tax Exemption.    This project is **Exempt** for all material items required in the construction of this Project, which the State of Nebraska considers to be exempt from the State Sales Tax.

## Article 3

A.    Prime Contract and Contract Documents.    The Subcontractor shall be bound to the Contractor by the terms of the Subcontract Documents, and the provisions of the Prime Contract and Contract Documents, as amended, to the extent that the provisions apply to the Subcontractor's Scope of Work. The Subcontractor shall assume to the Contractor all of the obligations and responsibilities which the Contractor by those documents assumes to the Owner as well as other parties, and all such obligations are hereby incorporated by reference in their entirety in this Subcontract Agreement. The Contractor shall, to the extent that provisions of the Prime Contract and Contract Documents apply to the Work of the Subcontractor, pass through to the Subcontractor all of the obligations and responsibilities which the Owner and other parties assume to the Contractor and be indemnified by the Subcontractor for the same pursuant to Article 10, Section A. The Subcontractor agrees that all obligations of the Contractor to the Owner under the Prime Contract and Contract Documents, as amended, that are applicable, directly or indirectly, to the Subcontractor's Scope of Work are hereby incorporated by reference in their entirety in this Subcontract Agreement.

## Article 4

A.    Changes Authorized.    The Contractor may at any time, by written order of the Contractor's authorized representative, and without notice to the Subcontractor's sureties, make changes in, additions to, and deletions from, the Scope of Work. The Subcontractor shall promptly proceed with the performance of this Subcontract Agreement as so changed so as not to delay the progress of the Scope of Work or the Project, and pending any determinations of the value of the required changes. Extra work performed without the Contractor's written authorization will be at the Subcontractor's own risk. Failure to proceed promptly with changed work shall constitute a material breach of this Subcontract Agreement.

B.    Change Requests.    Any claim for adjustment of the Subcontract Sum and responses to requests for proposals for changes under this Article must be made in writing at least ten (10) days from the date such changes are ordered or prices are requested and, in any event, no later than the time required by the provisions of the Prime Contract and Contract Documents, with a reasonable amount of time provided to the Contractor to review and forward any such notices. Failure of the Subcontractor to deliver such notices in a timely manner shall be deemed a waiver of its right to claim additional costs and/or time. All deviations from or discrepancies to the plans, specifications, schedule or submittal requirements must be brought to the immediate attention of the Contractor in writing with sufficient details, reference and explanations to permit proper analysis. The Subcontractor agrees to submit cost estimates in complete and full analytical detail as required or requested including itemized detail broken down into labor, equipment and material.

C.    Effect of Changes.    Any increase or decrease in the Subcontract Sum or time resulting from such changes shall be agreed upon in writing by the parties hereto, however, any increase or decrease in the Subcontract Sum or time shall be subject to the provisions of the Prime Contract and Contract Documents and the receipt by the Contractor from the Owner of additional compensation or time with respect to any such changes. In no event will the Subcontractor be entitled to an extension of time or an adjustment of the Subcontract Sum greater than the amount of time, or adjustment to the Contractor's Contract Sum, that the Contractor received from the Owner. The Subcontractor is entitled to an extension of time on account of a change only to the extent that the Contractor has received an extension of time from the Owner for changes made to the Subcontractor's Scope of Work. The Subcontractor is entitled to an adjustment to the Subcontract Sum only to the extent that the Contractor receives an adjustment to its Contract Sum on account of the changes made to the Subcontractor's Scope of Work (less the Contractor's mark-up for overhead and profit).

D.    Subcontractor Mark-Up.    The total Subcontractor mark-up for changes in the Scope of Work is limited by the terms of the Prime Contract and Contract Documents. For changes in the Scope of Work issued by Change Order, as defined in the Prime Contract and Contract Documents, the

total Subcontractor mark-up for overhead, profit or fee for work performed by the Subcontractor's own forces shall not exceed ten percent (10%) of the cost of the change in the Scope of the Work. The total Subcontractor mark up for overhead, profit, or fee for work performed by a sub-subcontractor's forces, shall not exceed five percent (5%) of the cost of the change in the scope of work. In no event shall the total mark-up for overhead, profit or fee in any work involving the Subcontractor or one or more sub-subcontractors, regardless of who performs the work, exceed fifteen~~ten~~ percent (~~15~~10%) of the total cost of the change in the Scope of Work made pursuant to Change Order, as defined in the Prime Contract and Contract Documents.

### Article 5

A.    Prosecution of Work. The Subcontractor shall furnish all labor, supervision, tools, equipment, materials and supplies necessary for the performance of this Subcontract Agreement and its Scope of Work in a proper, efficient and workmanlike manner. The Subcontractor shall prosecute the work undertaken in a prompt and diligent manner whenever such work, or any part of it, becomes available, or at such other time or times as the Contractor may direct, so as to promote the general progress of constructing the entire Project. It is understood and agreed that the Scope of Work constitutes only a part of the work being performed for the Owner by the Contractor and other subcontractors. The Subcontractor shall not, by delay or otherwise, interfere with, injure, disrupt, damage, or hinder the work of the Contractor or any other subcontractor. If the Subcontractor fails to prosecute the work as required, the Contractor shall be entitled to provide or order the Subcontractor to provide, at the Subcontractor's expense, additional work forces, overtime and additional shifts, and to expedite the furnishing of materials, so as to avoid delaying, hindering or interfering with the progress of constructing the entire Project or other work. The Subcontractor further agrees to pay and the Contractor may withhold amounts owed to the Contractor for any damage or delay that may be caused to such other work by the Subcontractor or by his agents or employees.

B.    Access to Site and Shop. The Subcontractor shall at all times afford the Contractor and the Architect/Engineer access to the Project site and to any shop of the Subcontractor or other place where material is being prepared or stored for the Scope of Work and a full opportunity for inspection. The Subcontractor shall open for inspection any work or any part of the site, which has been covered up.

C.    Subcontractor Representatives. The Subcontractor shall designate a competent project manager, satisfactory to the Contractor and the Owner, who shall be readily available to the Project site and shall be empowered to act for and in the name of the Subcontractor. A competent foreman or superintendent, satisfactory to the Contractor, shall be physically at the Project site and in responsible charge of operations at all times when the Subcontractor's work is in progress. The Contractor may, in writing, require the Subcontractor to remove from the Project or the Scope of Work any employees, including the project manager, foreman or superintendent, deemed by the Contractor, in its sole discretion, to be objectionable.

D.    Subcontractor Submittals. The Subcontractor shall prepare and submit all shop drawings, samples, and other submittals required by this Subcontract Agreement to the Contractors either:

    1.    Within thirty (30) calendar days after executing this Subcontract Agreement;

    2.    In accordance with the submittal schedule provided by the Contractor; or

    3.    In accordance with the Contract Documents and Contract Specifications,

Whichever is earlier.

Submittals shall be subject to review by the Contractor and approval by the Architect/Engineer. Submittals must comply with all Contract Specifications and Contract Document requirements, and approval of non-conforming submittals shall not relieve the Subcontractor of the obligation to comply with this Subcontract Agreement. The fact that the Contractor or the Architect/Engineer has approved a submittal that departs from the requirements of the Contract Documents or Contract Specifications shall not constitute approval of the departure, or authorize such departure, unless the Contractor and Architect have expressly acknowledged, in writing, that the submittal represents a change in the Contract Documents or Contract Specifications requirements and that the change is approved. The Contractor's or Architect/Engineer's review or approval of any calculations or other design documents prepared by the Subcontractor as part of its Scope of Work will not excuse the Subcontractor from its responsibility to design the work so that it meets the requirements of the Contract Documents and Contract Specifications, including, without limitation, all applicable codes and other Laws and all performance requirements. The Subcontractor shall submit shop drawings, samples, and/or catalog data in accordance with the Contract Specifications. The Subcontractor shall submit these materials in electronic form and/or hard copy form as required for approval. The Subcontractor shall also provide field use shop drawings both in electronic and hard copy form. The Subcontractor is to coordinate with the Contractor on quantity of sets required.

E.    Review of Prime Contract and Contract Documents. The Subcontractor represents that, before entering into this Subcontract Agreement, it examined the Prime Contract, Contract Documents, and Contract Specifications, identified those portions affecting its Scope of Work, and fully ascertained the requirements of the Scope of Work and the conditions imposed by the Prime Contract, Contract Documents, and Contract Specifications on the performance of the Scope of Work. The Subcontractor shall not be entitled to any adjustment in its Subcontract Sum or to any extension of time to deal with Prime Contract, Contract Document, or Contract Specification requirements or limitations that it failed to note before contracting, or to deal with deficiencies, discrepancies, ambiguities, inconsistencies, or errors in the Contract Documents or Contract Specifications that it discovered before contracting and failed to bring to the Contractor's attention. With respect to the Scope of Work, the Subcontractor shall assume toward the Contractor all obligations, risks, and responsibilities the Contractor has assumed toward the Owner under the Prime Contract, Contract Document, and Contract Specification including, without limitation, all requirements relating to the quality and timeliness of the Scope of Work.

F.    Site Investigation. The Subcontractor represents that, before executing this Subcontract Agreement, the Subcontractor has ascertained, by its own independent investigation, the general and local conditions involved in performing the Scope of Work, including, without limitation, the location of the Scope of Work, accessibility and character of the site, and all other matters, which could affect the Scope of Work or its cost. The Subcontractor

DocuSign Envelope ID: C6AC96DF-83B8-4F4D-A41C-E1897EFB415D

has verified all information furnished by the Contractor or others and is satisfied with its correctness and accuracy.

G.     Compliance with Laws.   In carrying out all of its Scope of Work, the Subcontractor shall comply with all applicable laws, regulations, resolutions, ordinances, rules, codes, statutes, and other requirements of local, state, or federal governmental authorities having jurisdiction over the Project (the "Laws"), including, without limitation, Laws relating to safety, health, records, permits, employment, employee welfare and relations, equal employment opportunity, licensing, and building codes.

H.     Scheduling, Production and Sequence.   For purposes of scheduling, production and sequence relative to the Scope of Work:

1.     All work is to be coordinated and performed in accordance with the overall project requirement schedule as dictated by the Contractor including: sequence; required move-ins; equipment and manpower requirements; and coordination and cooperation with other subcontractors.

2.     The Subcontractor will be coordinated by the Contractor's Project Superintendent to meet the project construction schedule. The Subcontractor will allow others sufficient access and time to perform their work.

3.     The Subcontractor will be required to cooperate with the Contractor in the preparation of the construction schedule.

I.     Hoisting, Demolition, Control Lines, Sealing, and Clean-Up.   The Subcontractor shall be responsible for providing all scaffolding, ladders, lifts and hoisting equipment required to complete the Scope of Work specified in this Subcontract Agreement. All devices shall meet OSHA requirements and shall be regularly inspected by Subcontractor. The Subcontractor, unless specifically called out elsewhere in this Subcontract, shall be responsible for hoisting its own materials, supplies and equipment. The Subcontractor shall also perform all demolition, cutting, access, clean-up, disposal, etc. as required. The Subcontractor shall be responsible for its own clean-up of debris created by the performance of its work. Clean-up shall be done concurrently with the Subcontractor's production operations and its work area shall be kept orderly at all times. Should the Subcontractor fail or refuse to perform its own clean up after reasonable notice from the Contractor, the Contractor may perform such clean up and the Contractor's related costs shall be assessed to and paid by the Subcontractor. The decision of the Contractor's Project Superintendent shall be final in determining when the safety and good order of the project require clean up to be performed. Control lines and benchmarks will be established by the Contractor. All other layout required for work under this Subcontract Agreement shall be supplied by the Subcontractor. The Subcontractor shall also be responsible for providing and sealing any penetrations required for its Scope of Work; including fire caulking if in a rated partition. Any housekeeping pad required for equipment provided within your scope of work shall be by this subcontractor.

J.     Pre-work Inspection.   Before starting any work, the Subcontractor shall inspect all surfaces to be finished by Subcontractor. The Subcontractor shall notify the Contractor in writing of any unsuitability of surfaces for finishing. The Subcontractor's commencement of work, or the absence of the notification in writing, shall be construed as acceptance of the surfaces by the Subcontractor. It shall be the responsibility of the Subcontractor to correct any defects appearing in the finished work thereafter.

K.     Installed Equipment.   Equipment may be required to be started ahead of Substantial Completion of the Project. No additional dollars will be paid for providing an extended warranty on equipment. The warranty period for all equipment shall start upon the established Substantial Completion date or as required by the Prime Contract and Contract Documents.

L.     Hazardous Materials.   The Subcontractor shall not bring, release, spill or disburse any hazardous material onto the Project site. If the Subcontractor believes that the Contract Documents or Contract Specifications, or any other Scope of Work requirement, will require the use of hazardous materials on the Project site, the Subcontractor shall immediately notify the Contractor and obtain clarification before proceeding. For this purpose, hazardous materials are defined as any toxic substance or hazardous chemical defined or regulated pursuant to federal, state or local laws pertaining to pollution, treatment, storage or disposal of waste, or protection of human health or the environment. Such laws include, without limitation, the Comprehensive Environmental Response, Compensation and Liability Act, the Resource Conservation and Recovery Act, the Clean Water Act, the Clean Air Act, and Laws relating to emission, spills, leaks, discharges, releases or threatened releases of toxic material. There may be asbestos containing building materials ("ACBMs") on this Project. If suspected ACBMs are encountered, the Subcontractor is required to contact the Contractor's project superintendent. The Subcontractor's Scope of Work may involve provision of written certifications required by the Prime Contract and Contract Documents. Those provisions of the Prime Contract and Contract Documents are specifically incorporated herein. All hazardous materials certifications required by the Prime Contract and Contract Documents, to the extent related to the Subcontractor's Scope of Work, shall be provided to the Contractor and the Owner.

M.     Application of Toxic Materials.   If the Scope of Work will require the application of materials that contain toxic or hazardous substances or, in the exercise of common sense, create other health concerns that may affect other trades in the area of the required application, the Subcontractor is required to notify the Contractor in sufficient written detail and in sufficient time to allow the Contractor to establish and enforce alternate work hours for the Subcontractor or allow the Subcontractor to provide adequate protection to prevent the exposure of other trades.

N.     Communications.   All communications regarding the Project between the Subcontractor and the Architect/Engineer or Owner shall be transmitted through the Contractor.

O.     Independent Contractor.   The Subcontractor specifically agrees that it is, or prior to the start of the Scope of Work hereunder will become, an independent contractor for all purposes. Under no circumstances shall the Subcontractor be considered, or authorized to represent itself as, an employee, agent, representative or affiliate of the Contractor to any third party, the General Contractor, if any, the Owner, or the Architect/Engineer.

P.     Protection of Work.   The Subcontractor specifically agrees that it is responsible for the protection of its work until final completion and acceptance thereof by the Owner. The Subcontractor will make good or replace, at no expense to the Contractor or the Owner, any damage to its work,

which occurs prior to final acceptance by the Owner.

Q.      Prime Contract.  By appropriate written agreement, the Subcontractor shall require each sub-subcontractor, to the extent of the Scope of Work to be performed by the sub-subcontractor, to be bound by the terms of the Prime Contract and Contract Documents, and to assume all the obligations and responsibilities, including the responsibility for safety.  The terms and conditions of the Prime Contract and Contract Documents shall be incorporated into each sub-subcontract agreement.  Each sub-subcontract agreement shall preserve and protect the rights of the Contractor, Owner, and Architect under the Prime Contract and Contract Documents with respect to the Scope of Work to be performed by the Subcontractor so that subcontracting thereof will not prejudice such rights, and shall allow to the sub-subcontractor, unless specifically provided otherwise, in the sub-subcontract agreement, the benefit of all rights, remedies, and redress against the Subcontractor that the Contractor, by the Contract Documents, has against the Owner.  Where appropriate, the Subcontractor shall require each sub-subcontractor to enter into similar agreements.  The Subcontractor shall make available to each proposed sub-subcontractor, copies of the Contract Documents to which the Subcontractor will be bound, and, upon written request of the sub-subcontractor, identify to the sub-subcontractor terms and conditions of the proposed sub-subcontract agreement that may be at variance with the Prime Contract and Contract Documents.  The Subcontractor shall make copies of applicable portions of such documents available to its respective sub-subcontractors.

R.      Assignment and Subcontracting.  The Subcontractor shall not, in whole or in part, assign or sublet this Subcontract Agreement or the proceeds thereof without the written consent of the Contractor.

S.      Nebraska Contractor Registration Act.  The Subcontractor shall comply with the Nebraska Contractor Registration Act, Neb. Rev. Stat. §§ 48-2101 et seq.

T.      New Employee Eligibility Status.  The Subcontractor is required and hereby agrees to use a federal immigration verification system to determine the work eligibility status of new employees physically performing services on this Project~~within the State of Nebraska~~. A federal immigration verification system means the electronic verification of the work authorization program authorized by the Illegal Immigration Reform and Immigrant Responsibility Act of 1996, 8 U.S.C. 1324a, known as the E-Verify Program, or an equivalent program designated by the United States Department of Homeland Security or other federal agency authorized to verify the work eligibility status of a newly hired employee.

U.      Time is of the essence in the performance of this Subcontract Agreement.

### Article 6

A.      Delays.  If the Subcontractor is delayed at any time in the commencement or progress of the Work by (1) an act or neglect of the Owner, Architect, or Contractor, of an employee or subcontractor of either, or of a separate contractor; (2) by changes ordered in the Work; (3) labor disputes, fire, unusual delay in deliveries, unavoidable casualties, adverse weather conditions documented in accordance with the Prime Contract, or by other causes beyond Subcontractor's control. ~~In the event the Subcontractor's performance of this Subcontract Agreement or its Scope of Work is delayed, disrupted or interfered with by acts or omissions of the Owner, the Contractor or the other subcontractors or suppliers,~~ it may request an extension of time for performance of its Scope of Work as hereinafter provided.  However, for delays caused by the Owner or the Architect or a separate subcontractor, the Subcontractor shall not be entitled to any increase in the Subcontract Sum or to damages or additional compensation as a consequence of such delays or interference, except to the extent of any amounts that the Contractor may, on behalf of the Subcontractor, actually recover from the ~~Owner~~ responsible party for such delays.  No allowance for an extension of time to perform its Scope of Work, for any cause whatsoever, shall be claimed by, or made to, the Subcontractor unless the Subcontractor shall have made written request upon the Contractor for such extension within forty-eight (48) hours of the causal event or within sufficient time to permit the Contractor to give notice to the Owner within the time allowed and required by the Prime Contract and Contract Documents for such notice, whichever period is shorter.

### Article 7

A.      Claims and Disputes.  A claim is a dispute over any question of law or fact, a demand or assertion by one of the parties seeking adjustment or interpretation of terms, payment of money, extension of time, or any other relief with respect to the terms of this Subcontract Agreement or otherwise. The responsibility to substantiate a claim shall rest with the party raising the claim.  The Subcontractor agrees that in the event the Prime Contract and Contract Documents contains provisions or procedures whereby claims may be resolved under a specific procedure, such provisions and procedures are incorporated by this reference as if fully set forth herein.

B.      Claims Involving Owner.  If the Subcontractor claims that it is entitled to additional money, time or other consideration by reason of any act or omission of the Owner or delay caused by an act or omission of the Owner, the Subcontractor shall, promptly and within time to allow Contractor to comply with any applicable limits in the Prime Contract and Contract Documents, submit such claims in writing to the Contractor.  For such claims, the Subcontractor will not be entitled to receive any greater amount of money, time, or other consideration from the Contractor with respect to such claim than the Contractor actually does receive on account of the Subcontractor's work, less any markups or costs to which the Contractor is entitled. For such claims, the Subcontractor further agrees that it will accept such amount, if any, received by the Contractor from Owner as full satisfaction and discharge of all claims for or on account of acts or omissions of the Owner or its representative(s).  In no event shall the Contractor be liable to the Subcontractor on any claim, for which the Owner is responsible, for any amounts in excess of those, which the Contractor may receive from the Owner in payment of the claim.

C.      Claims Involving Contractor.  In the case of any claim between the Contractor and the Subcontractor, the Subcontractor agrees to be bound to the Contractor to the same extent that Contractor is bound to Owner by both the terms of the Prime Contract and Contract Documents ~~and by any and all decisions or determinations made thereunder~~.

D.      Continuation of Work.  For all claims, the Subcontractor agrees that it will not take, or will suspend, any other actions (litigation or otherwise)

with respect to any claim pending final determination in accordance with provisions and procedures of the Prime Contract and Contract Documents. No claim shall interfere with the progress of construction and the Subcontractor shall proceed diligently with performance of all work, including work in dispute, in accordance with the directions of the Contractor pending resolution of any and all claims.

## Article 8

A.    Safety.

1.    The Subcontractor shall be solely responsible for assigning employees to work at the Project job site specified in this Subcontract Agreement who are trained in the duties necessary to perform their specific work, as well as any and all safety and health rules and regulations pertaining to the type of work being performed onsite and by OSHA standards, prior to arrival onsite. The Subcontractor shall also provide a competent person as defined by OSHA standards on a daily basis when engaged in work activities and shall be required to complete Exhibit B, OSHA Competent Person and Subcontractor Representative Form.

2.    In the performance of this Subcontract Agreement, the Subcontractor shall, at no additional cost to the Contractor, comply with all laws and regulations relating to safety and with the Contractor's and the Owner's safety rules, manuals and regulations, including all modifications, revisions and changes to any applicable safety law, regulation, rules or manuals.

3.    The Subcontractor specifically agrees to fully comply with the Occupational Safety and Health Act (OSHA) of 1970 and any and all regulations issued pursuant thereto. As a term and condition of this Subcontract Agreement, the Subcontractor shall keep and save the Contractor harmless from any claims or charges of any kind by reason of the Subcontractor failing to fully comply with the Occupational Safety and Health Act of 1970 and the regulations related thereto. Subcontractor agrees to reimburse or indemnify the Contractor for any fines, damages, or expenses of any kind incurred by the Contractor by reason of the Subcontractor's failure to comply.

4.    It is a requirement of this Subcontract Agreement that all subcontractors must have a safety program and must abide by the safety standards of OSHA. Any fines levied by OSHA to the Contractor resulting from violations of the OSHA standards by the Subcontractor will be deducted from payment for work performed.

5.    The Subcontractor and all of its employees shall comply with the security requirements of the Owner and the Contractor, which includes providing a list of all employees, stationed at the Project site. All of the Subcontractor employees will be required to attend a brief safety orientation prior to beginning the Scope of Work.

6.    The Subcontractor will hold a weekly safety meeting and provide reports of the topics discussed to the Contractor, if requested. The Subcontractor will make available on request of the Contractor evidence of not less than a weekly scheduled safety inspection performed by a competent person for the time in which the Subcontractor is on the Project performing its Scope of Work.

7.    The Subcontractor agrees that if in the performance of this Subcontract, it becomes necessary, convenient, advisable to remove, replace or interfere with any safety device or controls installed by the Contractor or another subcontractor, the Subcontractor will replace or restore such devices or controls at its own expense. In the event that safety devices or controls are not so replaced or restored, the Subcontractor agrees to reimburse the Contractor for doing so. For purposes of this Subcontract Agreement, safety devices or controls include, without limitation, handrails, temporary fencing, barricades, and traffic control devices.

8.    The Subcontractor shall set up, arrange, coordinate and obtain all inspections for its Scope of Work, as required by any authorized agency or applicable code. Arrangements for the inspection of any area, system, or equipment needing testing or inspection prior to being covered must be made by the Subcontractor in sufficient time to allow for inspection.

9.    A Contingency may be required by the Contractor outlining the step-by-step procedures that are necessary to accomplish the installation, including all safety considerations.

10.    The Subcontractor hereby verifies that it has notified the Contractor in writing of any hazardous materials or mixtures containing one or more hazardous materials, which are to be provided under this Subcontract Agreement. "Hazardous Materials" include any chemical which is a physical hazard or health hazard as further defined in Article 5, Section L of this Subcontract Agreement. For each item to be provided by the Subcontractor under this Contract, which constitutes a hazardous material, the Subcontractor shall provide an SDS sheet to the Contractor. It is the responsibility of the Subcontractor to properly dispose of all hazardous materials. If the Subcontractor fails to do so, Subcontractor may be subjected to fines, penalties or damages per the Contractor's or the Owner's discretion.

11.    The Subcontractor shall be solely responsible for the health and safety of its employees, agents, subcontractors and representatives. In addition, the Subcontractor shall take all necessary and prudent safety precautions with respect to its Scope of Work and shall fully and timely comply with all safety programs initiated by the Contractor and/or the Owner and all applicable laws, ordinances, rules, permits, regulations and orders of any public authority for the safety of persons or property. The Contractor is not responsible in any manner for the safety of the Subcontractor's work or its employees, agents or representatives.

12.    If the Subcontractor fails to correct any procedures, acts or conditions which Contractor identifies as unsafe within a twenty-four (24) hour period of written notification by either the Contractor, the Owner or any public authority, the Contractor may (but has no contractual obligation to do so) correct the unsafe practice and charge the Subcontractor for all costs, direct and indirect, for the

DocuSign Envelope ID: C6AC96DF-83B8-4F4D-A41C-E1897EFB415D

correction, plus ten percent (10%) for overhead, ten percent (10%) for profit and twenty percent (20%) for a safety premium. This requirement specifically includes, but is not limited to, the clean-up of construction debris and the replacement or installation of railings or barricades. The Subcontractor's repeated failures to timely and satisfactorily correct unsafe procedures, acts or conditions as specified shall constitute a material default upon which a termination may be based without any further or additional notice to the Subcontractor.

13. The Subcontractor's employees will be required to wear proper clothing (PPE) at all times while on the Project site. No employees will be allowed to work without shirts, long pants, hard hats, safety glasses, hard soled shoes, ear protection, or any other equipment which is required to perform their Work.

14. The Subcontractor shall advise the Contractor's project superintendent or safety officer of any potential safety violations existing on the Project. In the event of any injury to an employee, the Subcontractor agrees to supply the Contractor with all personal information of the injured employee, as well as a full report of the cause of injury as soon as possible following the time of the accident.

15. The Subcontractor is responsible for all costs associated in complying with the Contractor's safety rules and those required by OSHA. Hard hats and safety glasses are to be worn at all times by all persons on the Project site. There will be an immediate charge in the amount of $25.00 for hard hats and $15.00 for safety glasses provided for any personnel that does not report to the site with the required personal protective gear.

16. The Contractor's project superintendent is the primary person that will review the Project site and insure that work is conducted safely. The Contractor's project superintendent and any other designated Contractor employees have the authority to request that the Subcontractor and the Subcontractor's employees work safely and follow the Project site safety rules. For violations, the following will apply:

- First Offense: A verbal warning will be issued to the employee and the Subcontractor's foreman will be notified.

- Second Offense: A written warning will be issued to the employee, the Subcontractor's foreman will be notified, and the Subcontractor's office will be notified.

- Third Offense: A written warning will be issued to the employee, the Subcontractor's foreman will be notified, and the Subcontractor's office will be notified. In addition, the Subcontractor will be fined $50.00 per occurrence for warnings at this stage and, depending on the severity of the violation; the employee will be removed from the Project site and will not be allowed to return.

- Fourth Offense: The Subcontractor will be fined $100.00 and the employee will be removed from the Project site permanently and may not be allowed on the Contractor's other project sites.

### Article 9

A.    Insurance. The Subcontractor shall comply with the insurance requirements as set forth in Exhibit C to this Subcontract Agreement. The Subcontractor's performance of the Scope of Work may not begin until the Subcontractor has delivered satisfactory evidence to the Contractor that all required insurance is in place. Any delays in the completion of the Scope of Work due to the Subcontractor's failure to obtain or maintain insurance shall be treated as delays due to the Subcontractor's breach of contract. The required evidence of insurance is described in Exhibit C.

B.    Failure to Maintain Insurance. If the Subcontractor fails to obtain the required insurance coverage, if the required coverage is permitted to lapse, or is cancelled or ceases to be in effect, for any reason, at any time before the Scope of Work is completed (or such later date as is specified by the Prime Contract, the Contract Documents, the Contract Specifications or Exhibit C), that event shall constitute a material breach entitling the Contractor to exercise all available remedies, including termination of this Subcontract Agreement for default.

C.    Damages Covered by Property Insurance. The Contractor and the Subcontractor waive all rights against (1) each other and any of their subcontractors, sub-subcontractors, agents and employees, each of the other, and (2) the Architect, Architect's consultants, separate contractors, if any, and any of their subcontractors, sub-subcontractors, agents and employees, for damages caused by fire or other causes of loss to the extent covered by property insurance obtained. The Subcontractor shall also contractually require similar waivers from sub-subcontractors, agents and employees of any of them, by appropriate written agreements.

### Article 10

A.    Indemnification and Payment for Losses. The Subcontractor further specifically obligates itself to the Contractor and any other specifically-identified parties named in this Article 10, Section A, in the following respects:

1. The Subcontractor will indemnify and defend the Contractor against, and save it harmless from, any and all claims, suits, liability expense or damage for any alleged or actual infringement or violation of any patent or patent right, arising in connection with this Subcontract Agreement or anything done thereunder.

2. To the fullest extent permitted by law, the Subcontractor will indemnify, defend, and save harmless the Contractor and its officers, directors, agents and employees against and from any and all allegations, claims, actions, suits, demands, damages, obligations,

DocuSign Envelope ID: C6AC96DF-83B8-4F4D-A41C-E1897EFB415D

losses, settlements, judgments, costs, expenses (including, ~~without limitation,~~reasonable attorneys' fees and costs), or liability (the "Losses") for injuries to property, injuries to persons including death, and from any and all other claims, suits or liability on account of or arising out of, in whole or in part, of any act or omission of the Subcontractor, or any of its officers, agents, employees or servants, including any subcontractors or suppliers hired by the Subcontractor. Such indemnity, defense, and hold harmless obligations shall apply to the Subcontractor ~~regardless of whether or not such Losses are caused in part or in whole by a party indemnified hereunder, but only~~ to the extent that such Losses result from any act or omission of the Subcontractor, or any of its officers, agents, employees or servants, including any subcontractors or suppliers hired by the Subcontractor. This agreement specifically excludes actions by the Contractor, Owner or General Contractor, if any, which are construed by the courts as intentional torts or gross negligence. The indemnification and hold harmless obligations hereunder shall not be limited by a limitation on amount or type of damages, compensation, or benefits payable by or for the Subcontractor under workers compensation acts, disability benefit acts or other employee benefit acts.

3.      The Subcontractor will pay for all materials furnished and work and labor performed under this Subcontract Agreement and agrees to indemnify, defend, and hold harmless the Contractor and the Owner against all lien claims and bond claims, including expenses, costs of bonds to remove liens, and attorney's fees related to such claims, which may be asserted by anyone making a claim for payment through the Subcontractor. The Subcontractor also agrees that if a lien is placed on the Project or its Scope of Work, it will immediately obtain such bond, which is necessary to remove such lien. If any bond claim and/or lien claim is filed by any subcontractor, supplier, or mechanic of the Subcontractor, the Contractor may suspend payments to Subcontractor and either hold money due to Subcontractor or make payments to the claimants and charge the payments against the Subcontractor, without prejudice to the payment bond. It is the intent of the parties that the payment bond be for the benefit of the Contractor, the Owner and the General Contractor, if any, and not for the benefit of third parties except to the extent necessary to protect the Contractor, the Owner and the General Contractor, if any.

4.      To the fullest extent permitted by law, the Subcontractor shall indemnify, defend and hold harmless the Contractor and the Owner against and from, any and all loss, damage, costs, expenses and attorney's fees suffered or incurred on account of any breach of any provision or covenant of this Subcontract Agreement, including, but not limited to, damages for delay, liquidated damages, or other damages.

5.      The Subcontractor shall reimburse the Contractor for any and all damages that may be sustained by the Contractor or others which are attributable to or caused by the Subcontractor's failure to perform the Scope of Work required by this Subcontract Agreement as directed by the Contractor in the manner provided herein or by the Contract Documents and Contract Specifications. In addition, the Subcontractor agrees to pay to the Contractor such other or additional damages as the Contractor may sustain by reason of delay of the Scope of Work by the Subcontractor. The payment of such damages shall not release the Subcontractor from its obligation to otherwise fully perform this Subcontract Agreement.

6.      Without limitation, the Subcontractor's obligation of indemnity, defense and hold harmless under this Article 10, Section A expressly extend to citations, penalties, fines, clean-up orders, or other Losses arising from violations of any applicable Law, including, without limitation, violations of environmental laws or regulations or laws or regulations relating to health, safety or welfare of persons on the Project site.

B.     <u>Warranty and Correction Periods</u>. The Subcontractor warrants and guarantees the work and material covered by this Subcontract Agreement and agrees to make good, at its own expense, any defect in materials or workmanship which may occur or develop prior to the Contractors release from responsibility to the Owner. Any express warranty by the Subcontractor is in addition to, and not in lieu of, the Contractor's other available remedies. All required warranties on equipment, machinery, materials, or components shall be submitted to the Contractor on the manufacturer or supplier's approved forms for delivery to the Owner. The warranties set out in this Section are not exclusive of any other warranties or guarantees set out in other places in the Contract Documents or expressed or implied under applicable law. Prior to final payment, the Subcontractor shall provide duplicate original warranties, making the dates of beginning of the warranties the Date of Substantial Completion; and the warranties of suppliers and manufacturers, making the dates of beginning of the warranties no later than the Date of Substantial Completion. Any contractual period for correction of the Subcontractor's work is in addition to all warranty obligations of the Subcontractor and shall not be applied to limit any applicable statutory period of limitation or repose.

**Article 11**

A.     <u>Termination for Convenience</u>. The performance of the Scope of Work under this Subcontract Agreement may be terminated for any reason by the Contractor, in whole or in part, if first terminated by the Owner. Contractor shall provide written notice to the Subcontractor. ~~any time, by written notice. In the event of a termination for convenience, the Subcontractor will stop work and follow the Contractor's instructions for winding down the job. In such an event, the Subcontractor will be entitled to payment for all Scope of Work satisfactorily completed on the basis of the Subcontractor's actual costs plus a reasonable overhead and profit. The Subcontractor will not be entitled to payment for uncompleted Work, or for anticipated profit or unabsorbed overhead.~~ If the Contractor has been terminated, the Subcontractor will be bound by the termination provisions of the Prime Contract and Contract Documents.

B.     <u>Termination for Default</u>. The Contractor may, after five~~three~~ (5~~3~~) business days' written notice of default to the Subcontractor, terminate in whole or any part of this Subcontract Agreement for any one of the following circumstances if not cured within the ~~three~~five (5~~3~~) business day notice period:

1.      The Subcontractor fails to complete the Scope of Work by the completion date;

2.      The Subcontractor fails to prosecute the Scope of Work in a timely manner and with such diligence as in the opinion of the Contractor will ensure its timely interim or final completion;

3.      The Subcontractor fails to comply or becomes unable to comply with any requirement of the Subcontract Agreement; or

4.      A petition in bankruptcy or the appointment of a receiver is filed against the Subcontractor.

In the event the Contractor terminates this Subcontract Agreement in whole or in part as provided in the first paragraph of this Section, the Contractor may take over and complete the terminated Scope of Work by whatever method it deems expedient, including the hiring of other subcontractors under such form of contract as the Contractor may deem advisable. In such case, the Subcontractor shall not be entitled to receive any further payment until the Scope of Work is finished. If the unpaid balance of the amount to be paid under this Subcontract Agreement shall exceed the sum of the expense of finishing the Scope of Work, compensation for additional material and administrative services or other incidental and consequential (subject to the below Article 12§(G)) costs or damages as the Contractor may suffer, plus ten percent (10%) Contractor profit, such excess shall be paid to the Subcontractor. If such expenses, compensation, costs, damages, and profit shall exceed such unpaid balance, the Subcontractor and its sureties, if any, shall be liable for and shall pay the difference to the Contractor. Failure of the Contractor to exercise any of the rights given it under this Section shall not excuse the Subcontractor or its sureties from responsibility for compliance with the provisions of this Subcontract Agreement nor prejudice any other rights or remedies of the Contractor. The Subcontractor shall continue the performance of this Subcontract Agreement to the extent not terminated under the provisions of this Section. If, after notice of termination of this Subcontract Agreement, it is determined for any reason that the Subcontractor was not in default or that the default was excusable under the provisions of this Subcontract Agreement, the Subcontractor's sole remedy shall be the same as if the notice of termination had been issued pursuant to the Section entitled "Termination for Convenience." The rights and remedies of the Contractor provided in this Section shall not be exclusive and are in addition to any other rights and remedies provided by law or under this Subcontract Agreement.

### Article 12

A.      _Specific Provisions Inserted_.  The attachment to this Subcontract Agreement of specific provisions of the Prime Contract or Contract Documents is for purposes of emphasis or to comply with applicable law or regulations and is not to be construed as an exclusion of other provisions of the Subcontract Documents.

B.      _Entire Agreement_.  This Subcontract Agreement, any other documents incorporated herein by reference and all exhibits constitutes the sole and entire agreement of the parties to this Agreement with respect to the subject matter contained herein, and supersedes all prior and contemporaneous understandings, agreements, representations, and warranties, both written and oral, with respect to such subject matter

C.      _Equal Employment_.  All of the requirements for Equal Employment Opportunity as contained in 41 CFR 60-1.4 or as it may be amended or supplemented are hereby incorporated by this reference as if fully set forth herein.  The Subcontractor is responsible for complying with all EEO, MBD, WBE, or SBE, requirements of the Contractor.

D.      _Captions_.  The captions at the beginning of each Section of this Subcontract Agreement are for convenience only and are to be given no weight in construing the provisions of this Subcontract Agreement.

E.      _Counterparts; Electronic Signature_.  This Agreement may be executed in multiple counterparts, each of which will be deemed to be an original but all of which will constitute one and the same agreement. This Agreement may be executed by facsimile or electronic signature in portable document format (.pdf) and a facsimile or electronic signature in portable document format (.pdf) will constitute an original for all purposes.

F.      _Duly Authorized Signatories_.  Each Party represents and warrants that its signatory whose signature appears below has been and is on the date of this Agreement duly authorized by all necessary corporate or other appropriate action to execute this Agreement.

G.      _Claims for Consequential Damages_. Except as provided and subject to the provisions of the Prime Contract and Contract Documents, the Contractor and Subcontractor waive all claims against each other for consequential damages arising out of or relating to the subject matter of the Subcontract Agreement. The mutual waiver in this section applies only to the extent: (1) the party against whom the claim for consequential damages is made has obtained and maintained the insurance coverages and limits required by the Subcontract Documents; up to project policy commitment (2) such insurance specifically allows claims for consequential damages up to the specific policy limits; and (3) for such amounts in excess of the actual recovery of insurance proceeds by the claiming party. The mutual waiver in this section shall not apply to the following: (1) specific items of damage allowed for in the Subcontract Documents. Notwithstanding anything in the Subcontract Documents to the contrary, the Subcontractor waives all claims against the Contractor for consequential damages incurred by the Subcontractor for any office expenses, for personnel, for loss of financing, business and reputation, and for loss of profit, except anticipated profit directly from the Scope of Work.

IN WITNESS WHEREOF, the parties hereto have executed this Subcontract Agreement by their proper officers or duly authorized agents.

RJ Tide Construction Company, Inc

Signature: _Kevin Hodson_
          5B69B9137B024C6...

Print Name: _11/20/2023_

Hausmann Construction, Inc.

Signature: _Steve Thiele_
          380334A8122A46C...

Print Name: Steve Thiele

DocuSign Envelope ID: C6AC96DF-83B8-4F4D-A41C-E1897EFB415D

Title: Concrete Division Manager

Date: 11/20/2023

Title: Vice President

Date: 11/20/2023

WCS - Early Childhood Center & HS
RJ Tide Construction Company, Inc

## Exhibit A

### Scope of Work

### Bid Package 03 – SOW 07: Cast-in-Place Concrete

**SCOPE OF WORK**

The Subcontractor shall execute the following portion of the Work described in the Subcontract Agreement Documents, including all labor, materials, equipment, services, on site supervision, and other items required to complete such portion of the Work:

**Cast in Place Concrete(s) – Including, but not limited to, Specification Sections:**

- o   Bid Package 03 Construction Drawing Documents dated 07/26/2023.
- o   Bid Package 03 Construction Specifications dated 07/26/2023.
- o   Addendum #1 dated 08/16/2023, provided by CWP Architects, Inc.
- o   Addendum #2 dated 08/22/2023, provided by CWP Architects, Inc.
- o   Addendum #3 dated 08/23/2023, provided by CWP Architects, Inc.
- o   Geotechnical Exploration Report #P200-56-30 – Prepared by Mid-State Engineering & Testing – Dated 06/20/2023
- o   Division 00 Procurement and Contracting Requirement
- o   Division 01 General Requirements
- o   Division 02 Existing Conditions
- o   03 30 00 Cast-in-Place Concrete
- o   Division 32 Exterior Improvements (As needed to coordinate this scope of work)
- o   Division 33 Utilities (As needed to coordinate this scope of work)

**The Work specifically includes, but is not limited to, providing the following Work:**

The Subcontractor shall furnish and install the work of this Subcontract in accordance with the Contract Documents, including, but not limited to the following:

1.  Subcontractor shall furnish, install, and provide equipment for all structural concrete including but not limited to all continuous footings, exterior stair footings, exterior stairs, footings piers, pad footings, stoop footings, footings below masonry, spread footings, all door stoop footings, grade beams, foundation walls, tie beams, piers, slabs on grade, fill material, and expansion joint material in complete accordance with the contract documents.
2.  Subcontractor shall furnish equipment, labor, and material necessary for all slab on grade construction including but not limited to slabs, thickened slabs, thickened edges, vapor barrier, insulation, admixtures, ~~liquid floor treatments, curing materials,~~ rigid insulation at slab edges and fill material and in complete accordance with the contract documents including excavation as required 
3.  All footings must be poured to a +/- ¼". Subcontractor shall provide own layout for footings from grid lines provided by general contractor, coordinate grids with Hausmann Superintendent, provide excavation for all footings to proper depths and widths, and provide all keys ways as indicated in the contract documents.
4.  Subcontractor shall provide all labor to install subgrade material below concrete as well as compaction per soils report.
5.  Subcontractor shall install all anchor bolts, anchor plates, embeds, bar supports, dowel bars, reinforcing steel, and embeds including the ones supplied by others. All necessary items shall be installed per contract documents. No wet set of bolts.
6.  Subcontractor shall remove all spoils from site that are created by this scope of work.
7.  Subcontractor shall provide all saw cuts, construction joints, expansion joints and control joints as required by contract documents and per city requirements. Install tear away expansion joint material or set expansion joint material down ½" to allow for sealant of joints. Construction joints have to be as shown on contract drawings unless previously approved by engineer in writing. Subcontractor to check for max linear foot per pour per the specifications or structural general notes.
8.  Subcontractor is responsible for furnish and install of all reinforcing steel including labor for bending, tying, and installing required for this scope of work.
9.  Subcontractor shall provide survey and layout with a total station to complete their scope of work, control points and CAD files will be provided by Others.
10. Subcontractor shall provide forming material and labor necessary at slab edge, slab depression, and cast in place stairs.
11. Subcontractor shall provide topping as needed for elevated slabs, hollow core, and mezzanine spaces.
12. Subcontractor shall provide for all accessories including water stops, form ties, anchors, compressible fillers, and form release agents as required by contract documents. All construction joints, expansion joints and control joints as required by contract documents and per city requirements. Subcontractor shall provide all chamfer strips, reveal strips, and other special form inserts required for concealed and exposed architectural concrete as required by the Contract Documents.
13. Subcontractor shall provide dobie's bar supports, formwork, temporary bracing, shoring, shore boxes as required to complete this scope of work.
14. Subcontractor shall provide all granular fill material include filter material for subsoil drainage. Granular fill rock, limestone, granite, etc. as indicated in Contract Documents.
15. Subcontractor shall furnish and apply all curing compounds and sealers for each pour and provide for proper storage and disposal of containers. Subcontractor shall provide coordination to ensure compounds are compatible with floor finishes. Subcontractor shall further provide all poly or paper for moisture curing when required.
16. Subcontractor shall provide all labor and materials to install all epoxy grout required to dowel into the existing foundations as called out in the contract documents or not installed at the time of concrete placement.

17. Subcontractor shall repair and replace damaged building pad and surrounding subgrade if damaged by this Scope of Work. All soils to be re-installed and re-compacted to their original state if damaged during the concrete installation.
18. Subcontractor shall provide building insulation at concrete footings and walls as required.
19. Subcontractor shall provide temporary lighting as required for concrete activities outside of normal work hours. This includes, but is not limited to, lighting for early or late concrete pours. Provide large light stands as required.
20. Subcontractor shall provide ~~lined dumpster washout pit~~ to be used for concrete truck washout. Include maintenance and replacement as required. Subcontractor is responsible for removal of the washout pit.
21. Subcontractor shall furnish, fabricate, and install formwork for all construction joints, expansion joints and control joints required at mud slabs, slab on grade, elevated decks, concrete on metal deck pours, secondary topping pours as well as vertical concrete walls as required by contract documents.
22. Subcontractor shall expedite the preparation and approval of all design mixes, including the testing of design mix cylinders when required as well as furnishing of historical data to document the past performance of proposed mixes.
23. Subcontractor shall only utilize admixtures which are in accordance with the Specifications or as subject to approval by the Engineer, Contractor, or Owner.
24. Subcontractor shall ensure that the Ready-Mixed Concrete Suppliers understands that clean out of concrete truck chutes only will be allowed on site at locations designated by the General Contractor. Any unauthorized clean out debris will be removed off site by the Subcontractor.
25. Subcontractor shall "blow off" and otherwise clean decks prior to placing of elevated slabs.
26. Subcontractor shall be responsible for leakage of concrete and latent liquid during pouring operations. The Subcontractor shall provide manpower and equipment below decks during placement of pours to ensure that floor slabs and walls below are kept clean. Subcontractor shall inspect floors after removal of formwork and remove all splatters not removed during pours.
27. Subcontractor shall be responsible for ensuring there is no adherence of concrete or slurry to the metal framing of pan stair systems.
28. Subcontractor shall provide Winter Conditions to be done on a Time & Materials basis.
29. Subcontractor shall confirm final elevations with the General Contractor prior to pouring.
30. Subcontractor shall furnish all equipment necessary to complete the herein scope of work including but not limited to skid loaders, excavators, pumps, screeds, and forklifts.
31. Subcontractor shall set MEP sleeves and install forms/reinforcing around all through concrete wall or floor sleeves, layout of sleeves to be provided by others.
32. Subcontractor shall provide safety caps for reinforcing.
33. Subcontractor shall patch holes, concrete walls, and fill column block-outs.
34. Subcontractors shall stage all tools/equipment/materials in the staging areas, not on building pads.
35. Subcontractor shall provide concrete housekeeping pads for mechanical and electrical equipment as indicated on the contract documents.
36. Subcontractor shall provide all concrete pumps included
37. Subcontractor shall provide dewatering of excavations required from rain, snow, or other weather events.
38. Subcontractor shall follow all OSHA standards, including excavations precautions as required.
39. Subcontractor shall assume all manpower, overtime, and multiple mobilizations to complete this scope of work per the schedule.
40. Subcontractor shall ensure all excavations pertaining to the scope of work herein are flagged off.
41. Subcontractor shall provide concrete formwork including horizontal and vertical concrete forms, block-outs in horizontal and vertical concrete. Coordinate with other Contractors regarding locations and required sizes of block outs and infill all block –outs as required.
42. Subcontractor shall review the schedule and anticipate all winter protection if needed including, but not limited to:
    ~~a. Digging through frozen subgrade~~
    b. Thawing frozen subgrade as needed
    ~~c. Consider all winter charges from concrete suppliers~~
    d. Anticipate all materials and labor to supply and construct winter enclosures
        ~~e. Heating equipment, fire watch, heating fuel, labor to manage temporary heat, and winter protection blankets.~~
43. Subcontractor shall install all (6) bollards as called out on the contract documents.
44. Subcontractor shall provide daily clean-up of formwork and material. Clean any all splatters on finished products immediately. If storms or other outside influences have caused the footing sides to collapse or the rebar to settle into the subgrade, contractor needs to make sure it is in acceptable condition per plan and spec before placing any concrete.
45. Subcontractor sealing of joints and openings as concrete is poured to keep concrete splatters to a minimum, immediately clean concrete spatters from any adjacent work. Removal of foam/fillers used as pour stops will be required and by this contractor.
46. Subcontractors shall sequence pours as coordinated with Construction Manager.
47. Subcontractor shall saw cut of joints as required.
48. Subcontractor shall include Barrier One and Wet Curing as indicated in contract documents.
49. Provide all material submittals, shop drawings, samples and mock-ups as required in a timely manner, so as not to delay the project schedule. Submittals are expected (14) days following the Contract Award.
50. Subcontractor is responsible for all flagmen and traffic control as necessary for completion of work.
51. Subcontractor shall coordinate of concrete testing and inspections with the appropriate agencies
52. Provide concrete finish for flatness per contract documents.
53. Subcontractor shall provide all hoisting of reinforcing steel, formwork, equipment, etc. associated with the scope of work herein.
54. Subcontractor shall provide all finished surfaces for concrete as specified. Subcontractor shall verify with the Contractor all finishes not indicated by the Contract Documents.
55. Subcontractor shall remove all form tie ends and patch tie holes within 48 hours of removal of formwork and prior to concealment by backfill or other trades.
56. Subcontractor shall provide all pointing, patching, and rubbing to achieve all finishes of concrete surface as required by the contract documents. In all concrete components, all form tie ends shall be removed, and tie holes patched within 48 hours of removal of formwork and prior to concealment by backfill or other trades.

57. Subcontractor shall attend all applicable meetings including but not limited to preinstallation meeting, safety meeting, daily meetings, pull planning meetings, subcontractor meetings, punch list concerns and meetings with owner or architect.
58. Sales tax is exempt.

**General Provisions:**

1. The Subcontractor shall provide all permits, plan checks, licenses, inspections, and associated fees (if necessary) to complete this Scope of Work.
2. The Subcontractor, if applicable, shall cooperate fully with all building inspection officials with the review and inspection of this Scope of Work. The Subcontractor shall promptly remedy all rejected or disapproved work by building inspection officials.
3. The Subcontractor, if applicable, shall cooperate fully with all testing laboratory and inspection personnel with the review and inspection of this Scope of Work. The Subcontractor shall promptly address remedies required for non-conforming work. The Subcontractor shall be responsible for the cost of re-work and re-inspection fees as a result of testing or inspection failure.
4. The Subcontractor shall be responsible for all traffic control including flagmen and barricades as required for the execution of this Scope of Work. The Subcontractor shall coordinate with the Contractor all street closings and rerouting of traffic and pedestrians required by the work, including necessary street use, lane closures, sidewalk closures and/or right of way permits.
5. ~~The Subcontractor shall provide for Owner attic stock as required by the Contract Documents. All materials will be inventoried, boxed, or packaged with clear identification of all components. All items will be turned over in a location provided by the Owner and/or Contractor.~~
6. The Subcontractor shall provide dust and exhaust control as required for this Scope of Work.
7. The Subcontractor shall follow the punch list program protocol per the Contractor's direction.
8. The Subcontractor shall provide daily cleanup and removal of all trash and debris generated by this Scope of Work. The Subcontractor shall participate in mandatory composite jobsite cleanup as required by Contractor. Dumpsters shall be provided by the Contractor. The Subcontractor to haul trash generated by this Scope of Work to correct dumpsters per the Contractor's direction.
9. The Subcontractor shall keep all streets and roadways clean and free of mud, dirt, and debris throughout the duration of this project as it relates to this Scope of Work.
10. The Subcontractor is responsible to protect all materials in transit. Materials shall be delivered in a condition ready for offloading and installation.
11. Fieldwork tickets or work orders must be reviewed and signed by the Contractor's Superintendent or designated representative immediately after completion of task. The Contractor's on-site personnel are signing tickets and work orders to verify hours and completion of work but are not guaranteeing payment for additional work. Tickets not verified day of work will not be considered for payment.
12. Materials are to be delivered with manufacturer approved picking points for safe hoisting. The Subcontractor shall provide adequate dunnage for required storage on site.
13. The Subcontractor shall field verify existing conditions for deficiencies, unsatisfactory conditions, unacceptable dimensional or tolerances and to notify the Contractor prior to installing Work. Repairs or corrections required due to unsatisfactory substrate after acceptance will be at the sole expense to the Subcontractor.
14. Jobsite delivery access, storage lots, parking, shuttle drivers, and trailer drop locations to be provided by the Subcontractor and coordinated with the Contractor _for this Scope_. The Subcontractor is responsible to transmit materials to the site, including but not limited to verification of traffic routes, allowable load capacities, obstructions, and ordinances.
15. The Subcontractor must store materials in a safe manner that will be secure, dry, and permit easy access for inspection and identification. All materials must be stored on pallets or moveable carts to allow the Subcontractor to easily move materials per the Contractor's direction. Location shall be coordinated with the Contractor prior to delivery.
16. It is mutually agreed that storage space is limited and not guaranteed, and if such storage is allowed, all items shall be relocated as necessary for the progress of the Work as determined by the Contractor and that such relocation shall be done without additional cost. Only those materials and equipment scheduled for immediate installation are to be stored on site, all excess materials to be stored off site.
17. The Subcontractor shall have representation onsite for receipt of all deliveries to include offloading. Any offloading performed by the Contractor shall be paid for by the Subcontractor.
18. The Subcontractor shall include all cutting, coring, sleeving, and patching necessary for proper completion of this Scope of Work.
19. The Subcontractor shall provide all task lighting required to complete this Scope of Work.
20. The Subcontractor shall be responsible to take all necessary measures to protect work in place or existing conditions from damage and will include costs to repair damage caused by their employees and equipment.

**This Subcontract Agreement excludes the following work:**

1. Sales tax is excluded.
2. Closure strips and grouting of precast by others.

**Alternates**

The Contractor reserves the right to modify the Work in accordance with the following alternate at the costs as noted. Alternates are good throughout the duration of the Project and include all burdens, overhead markups, and profit. If these alternates are accepted, this shall be reconciled with a Change Order. They are included in the contract amount.

1. Remove Barrier One    ($78,800)
2. Remove Wet Curing    ($20,000)

DocuSign Envelope ID: C6AC96DF-83B8-4F4D-A41C-E1897EFB415D

3.   Add installation of Curranseal in Gym $2,846        *Materials provided by others.   

### Unit Prices

The Contractor reserves the right to modify the Work in accordance with the following Unit Prices at the costs as noted.  Unit Prices are good throughout the duration of the Project and include all burdens, overhead markups, and profit.

1.   Not applicable.   

### Labor Rates Effective November 1, 2023 through November 1, 2024

| On Site Personnel | Hourly Rate | Main Office  Personnel | Hourly Rate |
|---|---|---|---|
| General Superintendent[iii] | $140.00 | Division Manager | $173.00 |
| Project Superintendent[iii] | $142.00 | Project Manager / Estimator[iii] | $149.00 |
| Concrete Superintendent[iii] | $140.00 | Project Engineer | $100.00 |
| Foreman | $102.25 | Safety Director[ii] | $140.00 |
| Foreman Overtime | $140.00 | Project Admin / Clerical | $56.00 |
| Craftsman 3 | $93.00 | | |
| Craftsman 3 Overtime | $127.00 | **Unit Rate Charges** | **Fixed Rate** |
| Craftsman 2 | $84.50 | Shop Delivery (Truck/Driver) | $100.00 /trip |
| Craftsman 2 Overtime | $115.00 | Mobilization/Demob./Remob. | $5,000 /ea |
| Craftsman 1 | $76.00 | | |
| Craftsman 1 Overtime | $102.25 | | |

### Equipment Rates Effective November 1, 2023 through November 1, 2024

| Equipment Type | Rental Rate | Equipment Type | Rental Rate |
|---|---|---|---|
| Sup't / Foreman's Pickup[iii] | $   500.00 /week | Generator | $    75.00 /day |
| Skidloader (Tire) | $   300.00 /day | Vibrating A-Frame Screed | $  100.00 /day |
| Skidloader (Track) | $   400.00 /day | Electric Jack Hammer | $    35.00 /day |
| Skid Loader Sweeper | $   250.00 /day | Power Washer | $    35.00 /day |
| Tool Trailer w/ Hand Tools | $   650.00 /week | Walkbehind Power Trowel | $  150.00 /day |
| Flatbed Trailer | $     50.00 /day | 8' Rider Trowel | $  350.00 /day |
| Symons Forms | $       1.25 /sf/mo | Soft Cut X150 | $    50.00 /day |
| Concrete Buggy | $   150.00 /day | Soft Cut X4000 | $  200.00 /day |
| Vibra Strike Screed | $     60.00 /day | Mini Excavator | $  350.00 /day |
| Sand Compaction Plate | $     50.00 /day | Quicky Saw | $    40.00 /day |
| Jumping Jack Compactor | $     50.00 /day | 400k BTU Propane Heater | $  150.00 /day |
| Total Station & Operator | $   225.00 /hour | Trench Roller Packer | $  150.00 /day |
| Transit/Level/Laser Level | $     50.00 /day | 3-D Box Grader System | $      0.05 /sqft |
| Concrete Blankets | $     15.00 /ea/wk | 2-D Laser Screed | $ 2,000.00 /day |
| Ground Thaw Heater[v] | $ 2,500.00 /week | 3-D Laser Screed Package | $      0.35 /sqft |

i) The labor rates above include all labor burden, benefit expenses, and per diem incurred based on work in Vermillion, SD.  Additional per diem travel costs may apply for work outside this work area.

**End of Scope of Work**

DocuSign Envelope ID: C6AC96DF-83B8-4F4D-A41C-E1897EFB415D

**Exhibit B**



**OSHA Competent Person Form and Subcontractor Representative**

**WCS - Early Childhood Center & HS**

By signing this document **RJ Tide Construction Company, Inc** (the Subcontractor), is stating that all employees who are assigned to work at the job location specified in your contract will be trained in all aspects of the work being performed prior to engagement of work. Furthermore, the Subcontractor states that all employees performing work at said location will be trained in any and all safety and health rules and regulations pertaining to the type of work being performed onsite prior to arrival onsite. Furthermore, the Subcontractor agrees to provide a "competent person" as defined by the OSHA standards on a daily basis when engaged in work activities. **The "competent person(s)" who will be assigned to this location are:**

- Dave Irwin
  _____

- Todd Greinke
  _____

**The Subcontractor's authorized representative is listed as follows** and shall possess full authority to receive instructions from the Contractor and to act on those instructions. The Subcontractor shall notify the Contractor in writing of a change in the designation of the Subcontractor's representative. **(Please list name, phone number, and email address.)**

- Kevin Hodgson - 712-255-0175 - khodgson@rjtide.com
  _____

- Russ Bertrand - 712-255-0175 - russ@rjtide.com
  _____

DocuSigned by:

*Kevin Hodson*

5B69B9137B824C8...

Signature

Kevin Hodson
_____
Print Name

Concrete Division Manager
_____
Title

11/20/2023
_____
Date

**\*\*This form must be <u>completed in full</u> and signed as part of this Subcontract Agreement.**

DocuSign Envelope ID: C6AC96DF-83B8-4F4D-A41C-E1897EFB415D

### Exhibit C
#### Insurance Requirements

**Contractor's insurance broker, Assurance MMA, will manage the Risk transfer services of all Project insurance compliance requirements.**

**What you need to do:**

- Upon receipt of this request, you may receive an email from requests@trustlayer.io. Please follow the instructions contained in the email and complete the certificate of insurance and applicable endorsement forms upload.
- Please also make sure you add this sender to your approved recipient list to ensure all future notices are received.
- Please work directly with **Mardell Kelly**, with **Assurance MMA**, on all insurance compliance related matters. Her email address is MWIL.HausmannCerts@MarshMMA.com.

**What you need to know:**

- **Mardell Kelly**, with **Assurance MMA**, will communicate with you and your insurance agent via email from the Certificate of Insurance ("COI") tracking platform to request new, revised, or renewal certificates of insurance and any other insurance documents needed. The provided documents will be reviewed by **Mardell** at **Assurance MMA** and rejected if it is not in compliance with the insurance requirements in your contract. The items that are not in compliance will be specifically outlined to help you and your agent resolve any discrepancies. We greatly appreciate your prompt response to these requests.
- If you are not comfortable uploading your COI and forms direct to the portal, please feel free to email **Mardell Kelly** at MWIL.HausmannCerts@MarshMMA.com the requested information.
- You will have access to view specific contractual insurance requirements within your upload portal by clicking on the link within your emailed notice.
- Contractor will be notified upon receipt of your insurance certificate and compliance status.

#### Requirements

The term "Vendor" shall mean and include all Suppliers, Material Suppliers, Subcontractors and Sub-Subcontractors of every tier.

Prior to commencement of any work, and as a condition precedent to payment, Vendors are required, at their sole expense, to maintain the following insurance on their own behalf, with insurance companies licensed in the state where the work is to be performed and having an A.M. Best Financial Strength Rating of A, or better, and a Financial Size Category of IX, or better. If acceptable insurance is not acquired by Vendor, the Contractor may, but is not obligated to, acquire the required insurance coverage and charge the expense for such coverage to the Vendor.

Vendors shall furnish the Contractor with Certificates of Insurance evidencing such insurance and reflecting the effective date of the required coverages. All insurance policies shall be endorsed to provide 30 days prior written notice of cancellation or non-renewal. Should the Prime Contract or Contract Documents require insurance with higher limits or broader coverage than required in this Exhibit C, the Vendor shall furnish such additional or greater insurance coverage at no added cost to the Contractor.

Failure of the Contractor to demand such certificate(s) or other evidence of full compliance with these insurance requirements or failure of the Contractor to identify any deficiency from evidence provided by the Vendor shall not be construed as a waiver of the Vendor's obligation to maintain such insurance.

Unless reduced limits or coverages are approved by the Contractor in writing on an individual per project basis, the Vendor must provide the required coverages and the respective terms associated with each as follows:

A.    **Workers Compensation**

| COVERAGE | LIMIT |
|---|---|
| Workers Compensation | Statutory |
| State | Statutory |
| Federal (Longshoremen, Harbor Workers) | Statutory |
| Employers Liability (annual limits per insured – minimum) | $500,000 Per-Accident |
| | $500,000 Disease-Policy Limit |
| | $500,000 Disease-Each Employee |

The policy must include a blanket Waiver of Subrogation in favor of the Contractor, the Architect, Architect's consultants, the Owner, and their respective agents, officers, directors, and employees on the Project as well as all other parties specified in the Prime Contract as well as all other parties specified in the Prime Contract. It shall also include coverage for all of Vendor's direct or lease employees assigned to the Project. No employees may be excluded under the policy. Vendor shall also contractually require similar waivers and coverages from sub-subcontractors, agents and employees of any of them, by appropriate written agreements. The coverage must be for the state where the Project is located. The Employers Liability coverage may not exclude coverage for waiver of limited contribution.

**B.**   **Commercial General Liability**

<u>COVERAGE</u>                                                          <u>LIMIT -- Annual Unencumbered Limits of Liability</u>

    Commercial General Liability
    Each Occurrence                                                    $1,000,000 Each Occurrence
    Personal & Advertising Injury                                      $1,000,000 Each Occurrence
    General Aggregate                                                  $2,000,000 Project Aggregate
    Products and Completed Operations Aggregate                        $2,000,000 Per Project Aggregate

The policy must be written on an occurrence basis.  The general aggregate shall be per project.  The deductible must not exceed $10,000.00 per occurrence and the Vendor shall be solely responsible for payment of any deductible or self-insured retention, including payment on behalf of any additional insured.  The coverage must include construction contracts and subcontracts.  The Vendor must carry completed operations coverage for a period of no less than 10 years or per the Vendor's governing state's Statute of Repose, whichever is longer.

The policy must include a blanket Waiver of Subrogation in favor of the Contractor, the Architect, Architect's consultants, the Owner, and their respective agents, officers, directors, and employees on the Project as well as all other parties specified in the Prime Contract as well as all other parties specified in the Prime Contract.

Vendors shall name the Contractor, the Owner, the Architect, and the Architect's consultants as Additional Insured as well as all other parties specified in the Prime Contract (CG 20 10 or equivalent) on a Primary and Non-Contributory Basis covering both ongoing operations and Completed Operations (CG 20 37 or equivalent).  The Additional Insured Endorsement shall cover vicarious liability including completed operations.  The policy shall have removed the fellow employee exclusion, and include a modified Notice of Occurrence for supervisors and up. This policy shall also include coverage for EIFS (Exterior Insulation Finish Systems), if applicable to the project.

**C.**   **Commercial Automobile Liability**

<u>COVERAGE</u>                                                          <u>LIMIT (Combined Single Limit per Occurrence)</u>

    Commercial Automobile Liability                                    $1,000,000 Each Accident

The policy must be written on an occurrence basis.  The coverages shall include comprehensive for owned, hired and non-owned automobiles, bodily injury and property damage.  The policy must also include a blanket Waiver of Subrogation in favor of the Contractor, the Architect, Architect's consultants, the Owner and their respective agents, officers, directors, and employees for the Project as well as all other parties specified in the Prime Contract.  The policy shall also name the Contractor, the Owner, the Architect, and the Architect's consultants as Additional Insured as well as all other parties specified in the Prime Contract on a Primary and Non-Contributory Basis.

**D.**   **Commercial Umbrella/Excess Liability**

<u>COVERAGE</u>                                                          <u>LIMIT (Annual Unencumbered Limits of Liability)</u>

| | Occurrence | Aggregate |
|---|---|---|
| Commercial Umbrella Policy (Umbrella to follow form, and Primary and Noncontributory) | | |
| Contract Sum < $500,000 | $1,000,000 | $1,000,000 |
| $ 500,000 ≤ Contract Sum < $ 10,000,000 | $2,000,000 | $2,000,000 |
| $ 10,000,000 ≤ Contract Sum < $ 25,000,000 | $5,000,000 | $5,000,000 |
| Contract Sum ≥ $ 25,000,000 | $10,000,000 | $10,000,000 |

The policy must be written on an occurrence basis.  The aggregate shall be per project.  The policy must also include a blanket Waiver of Subrogation in favor of the Contractor, the Architect, Architect's consultants, the Owner and their respective agents, officers, directors, and employees for the Project as well as all other parties specified in the Prime Contract.  The policy shall also name the Contractor, the Owner, the Architect, and the Architect's consultants as Additional Insured as well as all other parties specified in the Prime Contract.

The coverage shall apply excess of the Commercial General Liability, Commercial Automobile Liability, and Employers Liability Coverages.

**E.**   **Other Provisions**

Each Vender must also:

1.    Provide coverage, based on proper reporting of classification codes and payroll amounts, which meets statutory requirements for all of its employees providing services on the Project for the duration of the project.

2.    Provide to the Contractor, prior to beginning work on the Project, a certificate of coverage showing that coverage is being provided for all employees of the person providing services on the Project for the duration of the Project;

DocuSign Envelope ID: C6AC96DF-83B8-4F4D-A41C-E1897EFB415D

3.    Provide to the Contractor, prior to the end of the coverage period, a new certificate of coverage showing extension of coverage, if the coverage period shown on the current certificate of coverage ends during the duration of the Project;

4.    Obtain from each sub-subcontractor with whom performs work on the Project, and provide to the Contractor:

    a.    A certificate of coverage, prior to the sub-subcontractor beginning work on the Project; and

    b.    A new certificate of coverage for sub-subcontractor showing extension of coverage, prior to the end of the coverage period, of the coverage period shown on the current certificate of coverage ends during the duration of the Project;

5.    Retain all required certificate of coverage for sub-subcontractor on file for the duration of the Project and for one year thereafter;

6.    Notify the Contractor in writing by certified mail or personal delivery, within (14) calendar days after their person knew or should have known, of any change that materially affects the provision of coverage of any person providing services on the Project; and

7.    Contractually require each person with whom it contracts to perform as required by items 1-6, with the certificates of coverage to be provided to the person for whom they are providing services.

DocuSign Envelope ID: C6AC96DF-83B8-4F4D-A41C-E1897EFB415D

## Exhibit D

**\*\*The <mark>highlighted</mark> areas only <u>must be completed, signed, notarized, and returned with this Subcontract Agreement</u>. <u>DO NOT</u> detach this form. \*\***

A subsequent form will be sent with each payment made from Contractor to Subcontractor. As specified in the Subcontract, this form must be completed, signed, notarized and returned within ten (10) days.



## SUBCONTRACTOR AND SUPPLIER PARTIAL WAIVER AND AFFIDAVIT

Subcontractor/Supplier:    RJ Tide Construction Company, Inc

Project Name:    WCS - Early Childhood Center & HS          Project No:    22-022

Project Address/ ("Property"):  611 W 7th Street, Wayne, NE  68787

Payment Amount:      N/A                                          Check No:      N/A

Check Date:        N/A

Last day of work covered by Payment Application:        N/A

In consideration of the payment made by the Contractor to the undersigned Subcontractor/Supplier in the Payment Amount set forth above for work, labor and services and/or materials furnished for the construction of the Project, the undersigned Subcontractor/Supplier, being familiar with the penalties for false certification, represents and certifies to the Beneficiaries, which includes but is not limited to the Contractor, the Owner, and any of their respective lenders, sureties, agents, and accountants,  that:

1. The Subcontractor/Supplier a) irrevocably and unconditionally waives and releases the Property, Project and Beneficiaries from; and b) shall defend, indemnify and hold harmless the Property, Project, Beneficiaries, their sureties, guarantors and respective successors and assigns against:

   - Any and all liens, statutory or otherwise, or rights thereof;
   - Any and all obligations under any bond or guaranty for payment furnished to or by the Beneficiaries, whether pursuant to an agreement or required by law; and
   - Any other claims of any kind whatsoever, statutory or otherwise, except as specifically claimed in accordance with the subcontract documents

   for any and all work, labor, material or equipment furnished by or through said Subcontractor/Supplier, its sub-subcontractors, suppliers, equipment providers and laborers and anything else in connection with the agreement between the Contractor and the Subcontractor/Supplier ("Subcontract"), through the last date of work covered by the Payment Application except as it pertains to unpaid retainage, if any.

2. <mark>The following listed persons or entities are the Subcontractor/Supplier's only sub-subcontractors, equipment providers, materialmen or suppliers for the Project</mark>.  This partial waiver/affidavit is required as part of your Agreement. A subsequent form will be sent with payment sent to Subcontractor/Supplier. Lien waivers for each Subcontractor/Supplier's sub-subcontractor's, equipment providers, materialmen and suppliers must be attached to this form and turned in each month for any payments made to sub-subcontractor's, equipment providers, materialmen and suppliers <mark>in the amount of $20,000 or more</mark>. Future payments may be delayed if all documents are not submitted properly.

| Company Name (of your material suppliers and/or subcontractor(s) | Estimated PO Amount | Total Amount Paid to Date | Amount Paid with this Check | Balance To Pay |
|---|---|---|---|---|
| Gerhold Concrete Company, Inc. | $390,000 | | | |
| Nucor Harris Rebar Midwest LLC | $630,00 | | | |
| - | - | | | |
| - | - | | | |
| - | - | | | |

|  |
|---|
|  |

<mark>Write "NONE" here if no sub-subcontractors, equipment providers, materialmen or suppliers were used on this Project.</mark>

DocuSign Envelope ID: C6AC96DF-83B8-4F4D-A41C-E1897EFB415D

3.   Payment in full, less retainage, if any, has been made by the Subcontractor/Supplier through the period covered by all payments a) to all of the Subcontractor/Supplier's sub-subcontractors, equipment providers, materialmen, suppliers and laborers, and b) for all materials and labor used or furnished by the Subcontractor/Supplier in connection with the performance of the Subcontract/Material Agreement, except as noted below:

| Company Name (Of your material suppliers and/or subcontractor(s) | Amount Not Paid | Reason Why Amount Was Not Paid |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

4.   The Subcontractor/Supplier has complied with Federal, State and Local tax laws, including, without limitation, Income Tax Withholding, Sales Tax, Social Security, Unemployment Compensation and Worker's Compensation laws, insofar as applicable to the performance of the Subcontract.  The Subcontractor/Supplier is paid, out of the proceeds of the payment will promptly pay, all sales or use tax due and owing.

5.   The undersigned is fully authorized and empowered to execute this instrument for and on behalf of said Subcontractor/Supplier and to bind it hereto and does in fact so execute this Partial Waiver and Affidavit.  The undersigned acknowledges and agrees that the Beneficiaries or anyone on their behalf may and will act and rely upon this instrument in releasing any funds due or owing.

Subcontractor/Supplier:    RJ Tide Construction Company, Inc

Signature:    *Kevin Hodson*
                        DocuSigned by:
                        5B69B9137B824C6...

Print Name:    Kevin Hodson

Title:    Concrete Division Manager

Date:    11/20/2023

DocuSign Envelope ID: C6AC96DF-83B8-4F4D-A41C-E1897EFB415D

**Exhibit F**
**Miscellaneous Provisions from the Prime Contract**

**AIA A133-2019 Provisions:**

**ARTICLE 10 ACCOUNTING RECORDS**
The Subcontractor shall keep full and detailed records and accounts related to the Cost of the Work, and exercise such controls, as may be necessary for proper financial management under this Agreement and to substantiate all costs incurred. The accounting and control systems shall be satisfactory to the Contractor and Owner. The Contractor, Owner, and the Owner's auditors shall, during regular business hours and upon reasonable notice, be afforded access to, and shall be permitted to audit and copy, the Subcontractor's records and accounts, including complete documentation supporting accounting entries, daily logs, site superintendent reports, books, job cost reports, correspondence, instructions, drawings, receipts, subcontracts, subcontractor's proposals, subcontractor's invoices, purchase orders, vouchers, memoranda, and other data relating to this Agreement. The Subcontractor shall preserve these records for a period of three years after final payment, or for such longer period as may be required by law.

**§ 14.5 Other provisions:**
**§ 14.5.1** The Agreement shall be governed by the laws of the State of Nebraska and any litigation shall be conducted in state district court. Mandatory and exclusive venue for any dispute shall be Wayne County, Nebraska.

**§ 14.5.2 Acts or Omissions of Construction Manager's Employees**
The Subcontractor shall be responsible to the Contractor and Owner for acts and omissions of the Subcontractor's employees, sub-subcontractors and their agents and employees, and other persons or entities performing portions of the Work for, or on behalf of, the Subcontractor or any of its sub-subcontractors. As part of that responsibility, Subcontractor shall enforce the Owner's alcohol-free, drug-free, tobacco-free, harassment-free and weapon-free policies and zones, which will require compliance with those policies and zones by Subcontractor's employees, sub-subcontractors, and all other persons carrying out the Agreement.

**§ 14.5.3 Use of Job Site and Security**
**§ 14.5.3.2 Vehicle Parking**
The Subcontractor shall require all construction workers, whether Subcontractor's own forces or the forces of Subcontractor's subcontractors, to park their personal motor vehicles on Owner's property only in the parking places designated by the Owner. Any vehicles not parked in the appropriate locations shall be towed at the vehicle owner's sole expense.

**§ 14.5.4 Equal Opportunity in Employment**
**§ 14.5.4.1** The Subcontractor and all sub-subcontractors shall not discriminate against any employee or applicant for employment to be employed in the performance of the Agreement, with respect to hire, tenure, terms, conditions or privileges of employment, because of sex, disability, race, color, religion, veteran status, national or ethnic origin, age, marital status, pregnancy, childbirth or related medical condition, or other protected status, as prohibited by the Nebraska Fair Employment Practice Act or federal law. The Subcontractor agrees to post in conspicuous places available to employees and applicants, notices setting forth the Subcontractor's nondiscrimination policies. The Subcontractor and the Subcontractor's subcontractors shall, in all solicitations or advertisements for employees placed by them or on their behalf, state that all qualified applicants will receive consideration for employment without regard to sex, disability, race, color, religion, veteran status, national or ethnic origin, age, marital status, pregnancy, childbirth or related medical condition, or other protected status.

**§ 14.5.4.2** The Subcontractor hereby warrants and represents that it is in compliance with said Act. Any failure to so comply during the performance of this Agreement shall be a material breach of the Agreement. The Subcontractor by execution of this agreement certifies that the Subcontractor is an equal opportunity employer and actively recruits a well-qualified and diverse staff including minority applicants as well as historically underutilized business subcontractors, and does not discriminate against any employee or applicant for employment or subcontractor by reason of sex, disability, race, color, religion, veteran status, national or ethnic origin, age, marital status, pregnancy, childbirth or related medical condition, or other protected status. By execution of this agreement, the Subcontractor agrees to actively continue and implement this policy throughout any awarded project.

**§ 14.5.6 Criminal History Checks**
**§ 14.5.6.1** The Subcontractor shall obtain all criminal history information regarding its "covered employees", as defined below. Before beginning any Work on the Project, Subcontractor, and all subcontractors and suppliers, will provide written certification to the Contractor and Owner that the Subcontractor has complied with the statutory requirements as of that date. Upon request by Contractor and/or Owner, the Subcontractor will provide, in writing, updated certifications and the names and any other requested information regarding covered employees, so that the Owner may obtain criminal history record information on the covered employees. The Subcontractor shall assume all expenses associated with obtaining the initial criminal history record information and the Owner shall be responsible for expenses associated with any subsequent request. The Subcontractor shall include similar criminal history check provisions in all contracts with subcontractors and suppliers. The Subcontractor's Job Site Security Protocols are attached and incorporated as Appendix C.

**§ 14.5.6.2** The Subcontractor will not assign any "covered employee" with a "disqualifying criminal history", as those terms are defined below, to work on the Project. If the Subcontractor receives information that a covered employee has a reported disqualifying criminal history, then the Subcontractor will immediately remove the covered employee from the Project and notify the Contractor and Owner in writing within three (3) business days. If the Contractor and/or Owner objects to the assignment of any covered employee on the basis of the covered employee's criminal history record information, then the Subcontractor agrees to discontinue using that covered employee to provide services on Owner's Project.

**§ 14.5.6.3** For the purposes of this Section, "covered employees" means employees, agents or subcontractors of the Subcontractor who has or will have continuing duties related to the services to be performed on Owner's Project and has or will have direct contact with Owner's students. The Owner will decide what constitutes direct contact with Owner's students. "Disqualifying criminal history" means any conviction or other criminal history

DocuSign Envelope ID: C6AC96DF-83B8-4F4D-A41C-E1897EFB415D

information designated by the Owner or one of the following offenses: if at the time of the offense, the victim was under 19 years of age or enrolled in a public school; a felony offense under Nebraska Criminal Code Article 3 Offenses Against The Person; an offense for which a defendant is required to register as a sex offender under the Nebraska Sex Offender Registration Act, Neb. Rev. Stat. §§ 29-4001 et seq.; or an equivalent offense under federal law or the laws of another state. The Owner may take into consideration the nature and circumstances of the criminal history to assure its interests in protecting school children and in its discretion determine individual can serve on Owner's Project.

§ 14.5.6.4 The Contractor shall establish a construction site security protocol which shall include providing all employees of the Subcontractor, contractors, subcontractors, material suppliers and other Project related personnel with a "Project" badge or sticker containing a unique identifier number. This unique identifier number must be logged by the Contractor's Site Superintendent or Project Manager so as to associate each individual's name and company with the number on the badge. A copy of the log shall be kept at all times in the office of the Contractor's Site Superintendent and must be submitted to the Owner at the end of each week. If wearing the Contractor-provided "Project" badge will interfere with the work being performed by that individual, the Contractor shall provide a sticker with the necessary information for identification for the affected individual, which shall include the unique number on the identification. This sticker may be affixed to the individual worker's hard hats. All means of identification other than what is provided by the Contractor must be approved by the Contractor's Site Superintendent or Project Manager prior to implementation by the Contractor. Identification must be visible at all times. Individuals failing to comply with the job-site security requirements may be required by the Contractor or the Owner to leave the job-site.

### § 14.5.7 Contributions under Nebraska Employment Security Law
The Subcontractor and all subcontractors engaged to perform any part of the Work shall make payment to the Unemployment Compensation Fund of the State of Nebraska of all contributions and interest due under the provisions of the Employment Security Law, Neb. Rev. Stat. §§ 48-601, et seq. (Reissue 1988), as amended, on wages paid to individuals employed in the performance of the Agreement; and before final payment shall be made of the final three percent (3%) of this Agreement, the Contractor shall secure and file with the Owner, and cause any subcontractor to secure and file with the Owner, written clearance from the Commissioner of the Department of Labor of the State of Nebraska, certifying that all payments then due of contributions or interest which may have arisen under the Prime Contract have been made by the Subcontractor or any sub-subcontractor to the Unemployment Compensation Fund.

### § 14.5.8 Verification of Immigration Status
The Subcontractor agrees to use the federal immigration verification system to determine the work eligibility status of new employees physically performing services on the Project within the State of Nebraska. The federal immigration verification system means the electronic verification of the work authorization program authorized by the Illegal Immigration Reform and Immigrant Responsibility Act of 1996, 8 U.S.C. 1324a, known as the E-Verify Program, or an equivalent federal program designated by the United States Department of Homeland Security or other federal agency authorized to verify the work eligibility status of a newly hired employee. This requirement applies to all subcontractors of the Contractor and Subcontractor. The Subcontractor shall, by written agreement, require compliance with the federal immigration verification system by all subcontractors. If the Subcontractor is an individual or sole proprietorship, the following applies:
   .1   The Subcontractor must complete the United States Citizenship Attestation Form, available on the Department of Administrative Services website at www.das.state.ne.us.
   .2   If the Subcontractor indicates on such attestation form that he or she is a qualified alien, the Subcontractor agrees to provide the US Citizenship and Immigration Services documentation required to verify the Subcontractor's lawful presence in the United States using the Systematic Alien Verification for Entitlements (SAVE) Program.
   .3   The Subcontractor understands and agrees that lawful presence in the United States is required and the Subcontractor may be disqualified or the contract terminated if such lawful presence cannot be verified as required by Neb. Rev. Stat. §4-108.

### § 14.5.9 Nebraska Employee Classification Act
The Subcontractor agrees to abide by the provisions of the Nebraska Employee Classification Act, Neb. Rev. Stat. §§ 48-2901 to 48-2912. The Subcontractor also agrees to require each subcontractor to abide by the same statute. In compliance with that Act, the Subcontractor shall to submit to the Contractor and Owner, upon execution of the Agreement, the affidavit marked as Appendix D, attached hereto and incorporated herein by this reference. The Subcontractor further acknowledges that providing a false affidavit under Neb. Rev. Stat. § 48-2911 may subject the Subcontractor to the penalties of perjury and upon a second or subsequent violation the Subcontractor shall be barred from contracting with the State of Nebraska or any Nebraska political subdivision for a period of three (3) years after the date of discovery of the falsehood. The Subcontractor shall require any and all subcontractors who perform work pursuant to the Agreement to provide a similar affidavit, which shall be made available to the Contractor and Owner upon request.

### § 14.5.12 Independent Contractor
The Subcontractor shall function as an independent contractor for the purposes of this Subcontractor and shall not be considered an employee of the Contractor and/or Owner for any purpose. The Subcontractor shall assume sole responsibility for any debts or liabilities that may be incurred by Subcontractor in fulfilling the terms of this Agreement and shall be solely responsible for the payment of all federal, state, and local taxes which may accrue because of this Agreement. Nothing in this Agreement shall be interpreted as authorizing Subcontractor or its agents and/or employees to act as an agent or representative of or on behalf of the Contractor and/or Owner, or to incur any obligation of any kind on behalf of the Contractor and/or Owner. Subcontractor agrees that no health/hospitalization benefits, workers' compensation, and/or similar benefits available to Contractor and/or Owner employees will extend to the benefit of Subcontractor or the Subcontractor's agents and/or employees as a result of this Agreement.

### § 14.5.13 Kickbacks
The Subcontractor certifies and warrants that no gratuities, kickbacks, or contingency fees were paid in connection with this Agreement, nor were any fees, commissions, gifts, or other considerations made contingent upon the award of this Agreement. If the Subcontractor breaches or violates this warranty, the Contractor and/or Owner may, at its discretion, terminate this Agreement without liability to the Contractor and/or Owner, or deduct from the Agreement price or consideration, or otherwise recover the full amount of any commission, percentage, brokerage, or contingency fee.

**Other Documents:**
Job Site Security Requirements, Appendix C
Form contractor affidavit, Appendix D

### AIA A133-2019 Provisions:

**§ 3.3.2** The Subcontractor shall be responsible to the Contractor and Owner for acts and omissions of the Subcontractor's employees, subcontractors and their agents and employees, and other persons or entities performing portions of the Work for, or on behalf of, the Subcontractor or any of its sub-subcontractors. As part of that responsibility, Subcontractor shall enforce the Owner's alcohol-free, drug-free, tobacco-free, harassment-free and weapon-free policies and zones, which will require compliance with those policies and zones by Subcontractor's employees, subcontractors, and all other persons carrying out the Agreement. Subcontractor shall require all construction workers, whether Subcontractor's own forces or the forces of Subcontractor's subcontractors, while on Owner's property, to refrain from committing any criminal conduct, using tobacco products, possessing or drinking alcoholic beverages, possessing or using illegal drugs or any controlled substance, carrying weapons, speaking profane and/or offensive language, or engaging in any inappropriate interactions of any nature whatsoever with students and employees, including talking, touching, staring or otherwise contributing to a hostile or offensive environment for Owner's students and employees. All areas of campus, other than the defined construction area, shall be off limits to Subcontractor's forces, unless their work assignment specifies otherwise. Subcontractor shall also require adequate and appropriate dress and identification of Subcontractor's employees, subcontractors, and all other persons carrying out the Work. Subcontractor shall require all construction workers, whether Subcontractor's own forces or the forces of Subcontractor's subcontractors, to wear identification tags on the front of their persons during all times that they are on Owner's property. Such identification tags shall contain a current photograph and the worker's name in a typeface large enough to be seen from a reasonable distance. The Subcontractor shall further ensure that no on-site fraternization shall occur between personnel under the Subcontractor's and sub-subcontractor's direct or indirect supervision and Owner's students or employees and the general public. Failure of an individual to adhere to these standards of conduct shall result in the immediate removal of the offending employee from all construction on any of Owner's property. Repeated removal of Subcontractor's or Subcontractor's subcontractor's forces, or one serious infraction, shall constitute a substantial breach of the Agreement justifying the immediate termination by Contractor and/or Owner pursuant to Article 14. Subcontractor shall require all construction workers, whether Subcontractor's own forces or the forces of Subcontractor's subcontractors, to park their personal motor vehicles on Owner's property only in the parking places designated by the Owner's campus principal. Any vehicles not parked in the appropriate locations shall be towed at the vehicle owner's sole expense. Contractor shall follow, and shall require all employees, agents or subcontractors to follow, the tree ordinance of the municipality in which the Project is located. In addition, if not covered by the municipal tree ordinance, Subcontractor shall barricade and protect all trees on the Project, which shall be included in the Cost of the Work. Subcontractor shall institute a theft deterrence program designed to restrict construction worker access to properties of Owner that are currently in use, to maintain supervision of Subcontractor's and Subcontractor's subcontractor's forces, and to reimburse the Contractor and/or Owner or those persons suffering a theft loss which results from Subcontractor's forces or Subcontractor's subcontractor's forces' actions, omissions, or failure to secure the Work or connecting or adjacent property.

**§ 3.3.5** To the extent that any portion of the Work requires a trench excavation exceeding five (5) feet in depth, Subcontractor shall fully comply, and shall require any applicable subcontractor to comply, with:
.1    The Occupational Safety and Health Administration standards for trench safety in effect for the Construction of the Work;
.2    The special shoring requirements, if any, of the Owner; and
.3    Any geotechnical information obtained by Owner for use by the Contractor in the design of the trench safety system.
.4    Trench excavation safety protection shall be a separate pay item, and shall be based on linear feet of trench excavated. Special shoring requirements shall also be a separate pay item, and shall be based on the square feet of shoring used.

### § 5.3 SUBCONTRACTUAL RELATIONS

**§ 5.3.1** By appropriate written agreement, the Subcontractor shall require each subcontractor, to the extent of the Work to be performed by the sub-subcontractor, to be bound to the Subcontractor by terms of the Contract Documents, and to assume toward the Subcontractor all the obligations and responsibilities, including the responsibility for safety of the sub-subcontractor's Work, which the Subcontractor, by these Documents, assumes toward the Contractor, Owner, and Architect. The terms and conditions of the Contract Documents shall be incorporated by reference into each subcontract agreement, except as provided below. Each subcontract agreement shall preserve and protect the rights of the Owner and Architect under the Contract Documents with respect to the Work to be performed by the sub-subcontractor so that subcontracting thereof will not prejudice such rights, and shall allow to the sub-subcontractor, unless specifically provided otherwise in the subcontract agreement, the benefit of all rights, remedies and redress against the subcontractor that the Subcontractor, by the Contract Documents, has against the Contractor and/or Owner. Where appropriate, the Subcontractor shall require each sub-subcontractor to enter into similar agreements with sub-subcontractors. The Subcontractor shall make available to each proposed sub-subcontractor, copies of the Contract Documents to which the sub-subcontractor will be bound, and, upon written request of the sub-subcontractor, identify to the sub-subcontractor terms and conditions of the proposed subcontract agreement that may be at variance with the Contract Documents. Sub-subcontractors shall similarly make copies of applicable portions of such documents available to their respective proposed sub-sub-subcontractors.

**§ 5.3.2** The Subcontractor is fully responsible for acts and omissions of the sub-subcontractors and persons employed by them or under their control.

**§ 5.3.3** Neither the Contractor, Owner, nor the Architect shall be obligated to pay or to insure the payment of any monies to sub-subcontractors due to any non-payment to the Subcontractor or non-payment of sub-subcontractors by the Subcontractor.

**§ 5.3.4** The Subcontractor shall require any potential sub-subcontractor to disclose to the Subcontractor any ownership interest or familial relationship between the Subcontractor, Contractor, the Architect or the Owner and the potential sub-subcontractor prior to entering into a subcontract.

DocuSign Envelope ID: C6AC96DF-83B8-4F4D-A41C-E1897EFB415D

Subcontractor shall report to Contractor and Owner all such disclosures and the Contractor and/or Owner shall have the right, in its sole discretion, to reject any such affiliated sub-subcontractor.

### § 13.8 EQUAL OPPORTUNITY IN EMPLOYMENT
**§ 13.8.1** The Subcontractor and the Subcontractor's subcontractors shall not discriminate against any employee or applicant for employment because of race, religion, age, disability, sex, or national origin. The Subcontractor agrees to post in conspicuous places, available to employees and applicants, notices setting forth the Subcontractor's nondiscrimination policies.

**§ 13.8.2** The Subcontractor and the Subcontractor's subcontractors shall, in all solicitations or advertisements for employees placed by them or on their behalf, state that all qualified applicants will receive consideration for employment without regard to race, religion, age, disability, sex, or national origin.

### § 13.9 CONTRIBUTIONS UNDER NEBRASKA EMPLOYMENT SECURITY LAW
The Subcontractor and all sub-subcontractors engaged to perform any part of the Work shall make payment to the Unemployment Compensation Fund of the State of Nebraska all contributions and interest due under the provisions of the Employment Security Law, Neb. Rev. Stat. §§ 48-601, et seq., as amended, on wages paid to individuals employed in the performance of the Agreement; and before final payment shall be made of the final three percent (3%) of this Contract, the Subcontractor shall secure and file with the Contractor and Owner, and cause any sub-subcontractor to secure and file with the Contractor and Owner, written clearance from the Commissioner of the Department of Labor of the State of Nebraska, certifying that all payments then due of contributions or interest which may have arisen under this Agreement have been made by the Subcontractor or any sub-subcontractor to the Unemployment Compensation Fund.

### § 13.10 STORAGE AND DISPOSAL OF HAZARDOUS WASTE
Fines, penalties and any other action ordered by the U.S. Environmental Protection Agency or Nebraska Department of Environmental Quality arising from the performance of the Work, but excluding preexisting site conditions, are the responsibility of the Subcontractor and shall not be recoverable from the Contractor and/ or Owner in any fashion.

### § 13.11 VERIFICATION OF IMMIGRATION STATUS
The Subcontractor agrees to use the federal immigration verification system to determine the work eligibility status of new employees physically performing services on the Project within the State of Nebraska. The federal immigration verification system means the electronic verification of the work authorization program authorized by the Illegal Immigration Reform and Immigrant Responsibility Act of 1996, 8 U.S.C. 1324a, known as the E-Verify Program, or an equivalent federal program designated by the United States Department of Homeland Security or other federal agency authorized to verify the work eligibility status of a newly hired employee. This requirement applies to all subcontractors of the Subcontractor. The Subcontractor shall, by written agreement, require compliance with the federal immigration verification system by all subcontractors. If the Subcontractor is an individual or sole proprietorship, the following applies:

1. The Subcontractor must complete the United States Citizenship Attestation Form, available on the Department of Administrative Services website at www.das.state.ne.us.

2. If the Subcontractor indicates on such attestation form that he or she is a qualified alien, the Subcontractor agrees to provide the US Citizenship and Immigration Services documentation required to verify the Subcontractor's lawful presence in the United States using the Systematic Alien Verification for Entitlements (SAVE) Program.

3. The Subcontractor understands and agrees that lawful presence in the United States is required and the Subcontractor may be disqualified or the contract terminated if such lawful presence cannot be verified as required by Neb. Rev. Stat. §4-108.

DocuSign Envelope ID: C6AC96DF-83B8-4F4D-A41C-E1897EFB415D

Appendix C

## JOB SITE SECURITY REQUIREMENTS

1.    Prior to performing any work or entering on the Project site, all contractors and subcontractors, and suppliers and materialmen shall sign a "Contractor/Supplier Criminal Records Certification," a copy of which is attached hereto, certifying that the personnel of such entities shall not assign to work on the School District's building project an employee having a criminal record as defined by the School District's policy, regulations, practices or directives and the general conditions of contract for the Project.

2.    The School District has established a construction site security procedure which requires all employees of the Contractors and Subcontractors and other project related personnel to wear a badge or sticker containing a unique identifier number. This unique identifier number must be logged by the Contractor's Site Superintendent, or designee, so as to associate each individual's name and company with the number on the badge. A copy of the log shall be kept at all times in the office of the Contractor's Site Superintendent and must be submitted to the School District Superintendent's office at the end of each week. If wearing badge is not desirable and will interfere with the work being performed by that individual, the Contractor shall provide a sticker with the necessary information for identification for affected personnel, which shall include the unique number on the identification. This sticker may be affixed to the individual worker's hard hats. All means of identification other than what is provided by the Contractor must be approved by the Contractor's Site Superintendent or Project Manager prior to implementation by the Contractor. Identification must be visible at all times. Personnel failing to comply with the job-site security requirements may be required by the Contractor or School District personnel to leave the job-site.

3.    A copy of the list of properly certified workers and other personnel authorized to be on the work site shall be provided by each contractor to the Contractor for the Project and kept in the on-site offices.

DocuSign Envelope ID: C6AC96DF-83B8-4F4D-A41C-E1897EFB415D

Appendix C

## CRIMINAL RECORDS DIRECTIVE

(a)  Definitions

1.  "Disqualifying criminal history" shall mean any conviction or other criminal history information designated by the Owner, or one of the following offenses, if at the time of the offense, the victim was under 19 years of age or enrolled in a public school: a felony offense under Nebraska Criminal Code Article 3 Offenses Against The Person: an offense for which a defendant is required to register as a sex offender under the Nebraska Sex Offender Registration Act, Neb. Rev. Stat. §§ 29-4001 et seq.; or an equivalent offense under federal law or the laws of another state.

2.  "Site of an Awarded Project" shall be defined to include the location of the physical work to be completed on the project where it is expected that minors under the age of 16 will be present on a regular basis during the completion of the Subcontractors' scope of work.  The Site of an Awarded Project shall not include a contractor's, subcontractor's, sub-subcontractor's, or suppliers home office.

(b)  To help prevent any individuals or agents who have committed crimes of a serious nature from working at the site of an awarded project, the Subcontractor shall:

1.  Require that each of its employees who are to work at the Site of an Awarded Project to complete the "Criminal Record Disclosure" prior to when the employee is to begin work at the Site of an Award Project.

Unless the Subcontractor has actual or constructive knowledge that an employee omitted information or misrepresented information in completing the Criminal Record Disclosure, the Subcontractor shall not be liable for damages incurred as a direct result of such omission or misrepresentation.

2.  Include this provision in each of its sub-subcontracts and require that each of its sub-subcontractors' employees complete the Criminal Records Disclosure prior to when the Sub-subcontractor's employee is to begin work at Site of an Awarded Project.

Unless the Subcontractor or sub-subcontractor has actual or constructive knowledge that an employee omitted information or misrepresented information in completing the Criminal Record Disclosure, neither the Subcontractor nor the Sub-subcontractor shall be liable for damages incurred as a direct or indirect result of such omission or misrepresentation.

3.  Include this provision in each of its supplier agreements where supplies are to be delivered to the Site of an Awarded Project by the Supplier and require that each of such supplier's employees complete the Criminal Record Disclosure prior to when the supplier's employee is to deliver the supplies to the Site of an Awarded Project.

4.  Upon receipt of the names of the questionnaire for each employee, the contractor, subcontractor, sub-subcontractor, or supplier shall conduct a search on the Nebraska State Patrol – Sex-Offender Registry website, http://www.nsp.state.ne.us/SOR/find.cfm, to confirm such employee is not listed thereon.

5.  In the event that the contractor, subcontractor, sub-subcontractor, or supplier or School District determine that an employee as a record of crimes of a serious nature to immediately assign and remove any individual or agent from the work site who is not in full compliance with the requirements of this paragraph.

DocuSign Envelope ID: C6AC96DF-83B8-4F4D-A41C-E1897EFB415D

Appendix C

## CRIMINAL RECORD DISCLOSURE

This disclosure must be updated within 7 days of any NEW charges or convictions.

Name _____
      Last                First                Middle

Address _____
        Street              City        State      Zip Code

Telephone Number (_____) _____ - _____    Social Security Number _____ - \_\_\_\_ - _____

      I understand the purpose of this document is to disclose to my employer any criminal events in my personal history that may preclude me from working on selected jobsites that contractually prohibit workers with a criminal record of a serious nature. I acknowledge the information provided is true and accurate. It is understood and agreed upon that any misrepresentation by me in this document will be sufficient cause for dismissal.

1. Have you ever been convicted of a felony? ................................................................................................................ ☐ Yes ☐ No
    A conviction will not necessarily disqualify you from your current employment, but it may limit your ability to participate on specific projects. If yes, please attach a separate sheet detailing the nature of the offense and terms of sentencing.

2. Have you been charged or convicted of any of the following crimes: (include date of any incident)

        Rape, including statutory rape? ................................................................................................................ ☐ Yes ☐ No

        Sexual assault? .......................................................................................................................................... ☐ Yes ☐ No

        Sexual conduct of any kind with a minor? ............................................................................................. ☐ Yes ☐ No

        Abuse of any kind of a minor or child? ................................................................................................... ☐ Yes ☐ No

        Endangerment of a child or debauching a minor? ................................................................................. ☐ Yes ☐ No

        Public indecency? ...................................................................................................................................... ☐ Yes ☐ No

        Prostitution, pandering, or keeping a place of prostitution? ................................................................. ☐ Yes ☐ No

        Assault or battery? .................................................................................................................................... ☐ Yes ☐ No

        Kidnapping, false imprisonment or abduction? ..................................................................................... ☐ Yes ☐ No

        Child pornography? ................................................................................................................................... ☐ Yes ☐ No

        Any offense in which a minor was a victim? ........................................................................................... ☐ Yes ☐ No

    If you answered yes to any of the above, please attach a separate sheet detailing the charge or conviction, including where the charge or conviction occurred, when the events giving rise to the event occurred, and any other information that you would like us to know about the charge or conviction.

3. Are you now, or have you ever been, listed as a Registered Sex Offender in any State? ...................................... ☐ Yes ☐ No

4. Are you currently on probation or work release? ............................................................................................... ☐ Yes ☐ No
    If yes, for what charge and how long a duration? _____
    _____

5. On a separate sheet, please identify each city, county, and state in which you have lived for more than three months and the approximate dates in which you lived in each location.

<u>I hereby attest this information and the information attached to be true and accurate.</u>

Signature of Employee _____    Date \_\_\_\_/_____/_____

**W C S - E a r l y  C h i l d h o o d  C e n t e r  &  H S**
RJ Tide Construction Company, Inc

DocuSign Envelope ID: C6AC96DF-83B8-4F4D-A41C-E1897EFB415D

Appendix C

## CONTRACTOR/SUBCONTRACTOR/SUPPLIER CRIMINAL RECORDS CERTIFICATION

Our firm hereby certifies and agrees not to knowingly assign or knowingly allow any individual or agent to do any work at the School District, or other locations under the Agreement entered into between our firm and the Contractor, who has a criminal record of a serious nature as defined by School District policy, regulations, practices or directives, and as expressed in the "Criminal Records Directive". A list of individual workers complying with this Directive is attached.

Our firm authorizes, gives consent, and agrees to periodically certify same to School District. Our firm further authorizes, gives consent, and agrees to cooperate in obtaining any additional authorization or consent necessary, to assure compliance with this requirement, and to immediately reassign and remove any individual or agent from the work site who the firm learns is not in full compliance with the requirements of this Certification.

Dated: 11/20/2023

RJ Tide Construction Company, Inc.
Name of Contract Vendor

By: _Kevin Hodson_
An Authorized Official

DocuSign Envelope ID: C6AC96DF-83B8-4F4D-A41C-E1897EFB415D

Appendix C

## CERTIFIED WORKER LIST

Firm Name: RJ Tide Construction Company, Inc.    Date: 11/20/2023
Contractor/Subcontractor/Supplier

| Worker Name | Years with Firm | General Job Description |
|---|---|---|
| Todd Greinke | 13 | General Superintendent |
| Jim Schueder | 13 | Vice President |
| Dave Irwin | 12 | Superintendent |
| Juvencio Murillo Garza | 7 | Superintendent |
| Neal Jacobson | 1 | Superintendent |

DocuSign Envelope ID: C6AC96DF-83B8-4F4D-A41C-E1897EFB415D

Appendix D

| | |
|---|---|
| STATE OF NEBRASKA | ) |
| | ) |
| COUNTY OF _____ | ) |

## AFFIDAVIT

The undersigned ("Subcontractor") and Hausmann Construction, Inc. ("Contractor") have entered into an Agreement for the Subcontractor to perform construction or delivery services pursuant to the Prime Contract in regard to the Wayne Community Schools Early Childhood and High School Improvements Project ("Project") between the Contractor and Wayne County School District 90-0017, a/k/a Wayne Community Schools ("WCS"); and as such, the Subcontractor being first duly sworn, attests, deposes and states as follows:

A. That (1) each individual performing services for Subcontractor is properly classified under Neb. Rev. Stat. §§ 48-2901 to 48-2912 (the "Employee Classification Act"), (2) Subcontractor has completed a federal I-9 immigration form and has such form on file for each employee performing services, (3) Subcontractor has complied with Neb. Rev. Stat. § 4-114, (4) Subcontractor has no reasonable basis to believe that any individual performing services for such Subcontractor is an undocumented worker, and (5) as of the time of this Agreement, Subcontractor is not barred from contracting with the state or any political subdivision pursuant to Neb. Rev. Stat. § 48-2912.

B. That Subcontractor agrees to and at all times shall follow and comply with all provisions of the Employee Classification Act. Subcontractor acknowledges that a violation of the Employee Classification Act is grounds for rescission of this Agreement by Contractor and WCS. Subcontractor further acknowledges that providing a false affidavit under Neb. Rev. Stat. § 48-2911 to WCS may subject Subcontractor to the penalties of perjury and upon a second or subsequent violation Subcontractor shall be barred from contracting with the state or any political subdivision for a period of three years after the date of discovery of the falsehood. Subcontractor shall require any and all sub-subcontractors who perform work under the Agreement on the Project to provide a similar affidavit, which shall be made available to Contractor and WCS upon request.

C. That Subcontractor further agrees to and at all times shall follow and comply with all provisions Neb. Rev. Stat. §§ 4-108 to 4-114 and shall use the federal immigration verification system to determine the work eligibility status of new employees physically performing services on the Project within the State of Nebraska. The federal immigration verification system means the electronic verification of the work authorization program authorized by the Illegal Immigration Reform and Immigrant Responsibility Act of 1996, 8 U.S.C. 1324a, known as the E-Verify Program, or an equivalent federal program designated by the United States Department of Homeland Security or other federal agency authorized to verify the work eligibility status of a newly hired employee. That Subcontractor understands this requirement applies to all Sub-subcontractors of Subcontractor. That the Subcontractor shall, by written agreement, require compliance with the federal immigration verification system by all Sub-subcontractors. That if the Subcontractor is an individual or sole proprietorship, the following applies:

   1. The Subcontractor must complete the United States Citizenship Attestation Form, available on the Department of Administrative Services website at www.das.state.ne.us.

   2. If the Subcontractor indicates on such attestation form that he or she is a qualified alien, the Subcontractor agrees to provide the US Citizenship and Immigration Services documentation required to verify the Subcontractor's lawful presence in the United States using the Systematic Alien Verification for Entitlements (SAVE) Program.

   3. The Subcontractor understands and agrees that lawful presence in the United States is required and the Subcontractor may be disqualified or the contract terminated if such lawful presence cannot be verified as required by section 4-108.

D. That under and pursuant to Neb. Rev. Stat. § 48-1122 and other laws, the Subcontractor agrees that the Subcontractor and his sub-subcontractors shall not discriminate against any employee or applicant for employment, to be employed in the performance of such contract, with respect to his hire, tenure, terms, conditions, or privileges of employment, because of his race, color, religion, sex, disability, or national origin.

FURTHER AFFIANT SAYETH NOT.

DATED: _____.

_____
Subcontractor

_____
Signature Subcontractor/Authorized Official of Subcontractor

Subscribed and sworn to before me this ____ day of _____, 20____.

_____
Notary

1