

**CARLSON WEST POVONDRA ARCHITECTS**

5060 Dodge Street
Omaha, Nebraska 68132
402.551.1500

cwparchitects.com

June 9, 2025

RJ Tide Construction Company
1821 US Highway 20
Lawton, IA 51030

To Whom It May Concern:

On August 8, 2024, the newly constructed concrete parking lot, located on the Southwest corner of the Wayne High School, was reviewed by representatives from Wayne Public Schools, Hausmann Construction, and CWP Architects. During our review, we observed several areas that exhibited significant defects in quality and workmanship. The defects included (but not limited to) the following; low spots and unevenness, honeycombing, scaling, blistering, discoloration, and shrinkage cracks. See attached photos.

It is our opinion that that these defects exceed what is allowable by the Contract Documents and the referenced standards outlined in ACI 301 and NDOT Standard plates herein. The attached parking lot drawings highlight the panels that require complete replacement of full panels back to a panel joint as outlined in the Contract Documents.

Sincerely,

Carlson West Povondra Architects

**Mike Thomazin**
Construction Administrator

EXHIBIT
3















C3.1 - SITE PAVING PLAN - PLI; Base Bid - PLI - Paving Issues; Wayne Community Schools - Early Learning Center, High School Additions & Re; 8/6/2024 4:56:42 PM