

**CARLSON WEST POVONDRA**
ARCHITECTS

5060 Dodge Street
Omaha, Nebraska 68132
402.551.1500

cwparchitects.com

June 30, 2025

RJ Tide Construction Company
1821 US Highway 20
Lawton, IA 51030

To Whom It May Concern:

During the removal of the panels indicated on the attached plan, the following issues were also found. These issues were consistent across the entire West half of the new parking lot highlighted in the attached drawing.

- Many areas of the slab far below the 7" specified thickness
- Ridges in the subgrade caused by displacement that resulted in very thing spots and voids underneath the slab
- Additional cracking in some valleys/low spots that presented themselves upon removal of panels adjacent to them (likely due to the thin concrete at these low spots).

It is our recommendation to have the entire West portion of the new parking lot replaced to meet the requirements of the Contract Documents.

Sincerely,

Carlson West Povondra Architects

**Mike Thomazin**
Construction Administrator



EXHIBIT C