IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RJ TIDE CONSTRUCTION COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> HAUSMANN CONSTRUCTION, INC., <br><br> Defendant. | Case No. 4:25-CV-03208 <br><br> CERTIFICATE OF SERVICE DEFENDANT/COUNTERCLAIM PLAINTIFF'S <br> RULE 26(a)(1) INITIAL DISCLOSURES |

Defendant/Counterclaim Plaintiff Hausmann Construction Inc. ("Hausmann"), by and its attorneys of record, and pursuant to Neb.Civ.R. 26.1(a), hereby certifies that it served Defendant/Counterclaim Plaintiff's Rule 26(a)(1) Initial Disclosures by electronic mail on February 11, 2026 to the following:

    Anthony Osborn
    Gehling Osborn Law Firm, PLC
    600 4th Street, Suite 900
    Sioux City, Iowa 51101
    anthony@golawfirm.com

Dated this 11th day of February, 2026.

                                HAUSMANN CONSTRUCTION, INC.,
                                Defendant/Counterclaim Plaintiff

                    By:    /s/Stanton N. Beeder
                            Stanton N. Beeder - #22866
                            Elsa Menjivar-Valverde - #28251
                            Lawyers for Defendant
                            Hausmann Construction, Inc.
                            8885 Executive Woods Drive
                            Lincoln, Nebraska 68512
                            Telephone: (402) 438-3230
                            stantonb@hauscorp.com
                            elsam@hausmannconstruction.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on February 11, 2026, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of Nebraska, using the CM/ECF system, causing notice of such filing to be served upon all parties' counsel of record.

                                             By:    /s/Stanton N. Beeder
                                                           Stanton N. Beeder - #22866
                                                           Lawyer for Defendant